James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:       503-227-1011
Fax:      503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI and SPORTSMAN'S WAREHOUSE, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>      Defendants. | Case No.<br><br>**DECLARATION OF DANIEL AZZOPARDI IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Daniel Azzopardi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein.  I make this Declaration in support of plaintiffs' emergency motions for a temporary restraining order and preliminary injunction.

2. I am a natural person and a citizen of Yamhill County, Oregon.

3. I am not disqualified from lawfully owning firearms or ammunition.

Page 1:  DECLARATION OF DANIEL AZZOPARDI IN SUPPORT OF PLAINTIFFS'
    EMERGENCY MOTIONS FOR A TRO AND PRELIMINARY INJUNCTION

4. I regularly purchase firearms throughout the year and desire and intend to continue doing so.

5. When Oregon's "permit-to-purchase" requirement goes into effect on December 8, 2022, I will no longer be able to legally purchase firearms without the new statutorily mandated "permit-to-purchase."

6. In the intervening time between the passage of Ballot Measure 114 and its scheduled enactment, I have attempted to make firearms purchases but have found that dramatic increases in demand have caused serious background check delays and inventory unavailability that have made my purchases impossible.

7. I desire and intend to purchase additional firearms after the effective date of Ballot Measure 114.

8. As I understand the "permit-to-purchase", as required by Ballot Measure 114, a person must be fingerprinted and apply for a permit to the police chief or county sheriff where the person resides. As a prerequisite for obtaining a "permit-to-purchase," a person must provide proof that he has completed a firearm safety course that, among other things, involved an in-person demonstration of the applicant's ability to lock, load, unload, fire and store a firearm. The in-person demonstration must be done before an instructor certified by a law enforcement agency.

9. It is my understanding that the Oregon State Police ("OSP") have not promulgated the permit application form to date.

10. Nor, to my knowledge, has any law enforcement agency certified any individual or organization as an instructor for purposes of Ballot Measure 114 in Yamhill County.

Page 2: DECLARATION OF DANIEL AZZOPARDI IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TRO AND PRELIMINARY INJUNCTION

11.     Upon the effective date of Ballot Measure 114, I will be categorically prohibited from lawfully purchasing firearms by Defendants without a "permit-to-purchase" after December 8, 2022, until such time the OSP promulgates the application and law enforcement agencies certify individuals for the firearms safety course required by the Ballot Measure.

DATED this 2nd day of December, 2022.

DocuSigned by:

50FF186E9C41427...

Daniel Azzopardi