James L. Buchal, OSB No. 921618
E-mail: jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR 97286
Tel:   503-227-1011
Fax:   503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI and SPORTSMAN'S WAREHOUSE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF JAMES BUCHAL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, James Buchal, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am an attorney for plaintiffs, over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' emergency motions for a temporary restraining order and preliminary injunction.

Page 1: DECLARATION OF JAMES BUCHAL IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTIONS FOR A TRO AND PRELIMINARY INJUNCTION

2.      I am aware of a related case, *Oregon Firearms Federation, Inc. et al. v. Brown*, Case No. 2:22-cv-01815-IM, which also presents a Second Amendment challenge to Measure 114, which was filed on November 18, 2022, and in which an appearance has been made for the State defendants by:

> Brian S. Marshall #196129
> Senior Assistant Attorney General
> Trial Attorney
> Tel. 971-673-1880
> Fax 971-673-5000
> Brian.S.Marshall@doj.state.or.us

3.      On December 1, 2022, I called Mr. Marshall and noted my intention to file this case. On December 2, 2022, I spoke with him again and reaffirmed my intention to file the case, eliciting an agreement that was later repeated on the record during the emergency equitable relief hearing in Case No. 3:22-cv-01859-IM, that if I could file by 5:00 p.m. on December 2, 2022, this case could proceed on the same briefing/hearing path as a third related case, Case No. 3:22-cv-001862-IM.

4.      On December 2, 2022, in conjunction with filing the pleadings herein, I also caused to be transmitted to Mr. Marshall by e-mail copies of the filed pleadings.

DATED this 2nd day of December, 2022.

_____
James Buchal

Page 2:  DECLARATION OF JAMES BUCHAL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TRO AND PRELIMINARY INJUNCTION