James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:  503-227-1011
Fax:  503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI and SPORTSMAN'S WAREHOUSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police, <br><br> Defendants. | Case No. <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF SPORTSMAN'S WAREHOUSE, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sportsman's Warehouse, Inc. declares that its parent corporation is Sportsman's Wearhouse Holdings, Inc., a publicly traded corporation which has no shareholders owning 10% or more of its stock

//

//

Page 1   RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF SPORTSMAN'S
            WAREHOUSE, INC.

Dated:  December 2, 2022.

        MURPHY & BUCHAL LLP


        */s/ James L. Buchal*
        JAMES L. BUCHAL
        Attorney for Plaintiff
        Sportsman's Warehouse, Inc.