ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Brian.S.Marshall@doj.state.or.us

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>    Defendants. | Case No. 3:22-cv-01869-IM <br><br>**NOTICE OF APPEARANCE OF BRIAN SIMMONDS MARSHALL** |

Page 1 -   NOTICE OF APPEARANCE OF BRIAN SIMMONDS MARSHALL

## NOTICE OF APPEARANCE

Please take notice that Brian Simmonds Marshal is counsel of record for defendants Ellen Rosenblum, Attorney General of the State of Oregon, and Terri Davie, Superintendent of the Oregon State Police, in this case.

DATED this 4th day of December, 2022.

>Respectfully submitted,
>
>ELLEN F. ROSENBLUM
>Attorney General
>
>By: /s/ Brian Simmonds Marshall
>BRIAN SIMMONDS MARSHALL #196129
>Senior Assistant Attorney General
>Trial Attorney
>Tel (971) 673-1880
>Fax (971) 673-5000
>Brian.S.Marshall@doj.state.or.us
>Of Attorneys for Defendants

1375785