**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE, INC., <br><br>                  Plaintiffs,<br><br>         v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>                  Defendants. | Case No. 3:22-cv-01869-IM<br><br>**NOTICE OF APPEARANCE OF HARRY WILSON** |

    Harry B. Wilson of Markowitz Herbold PC hereby enters his appearance as an attorney for defendants Ellen Rosenblum and Terri Davie in both their official capacities.  Brian Simmonds Marshall remains as counsel of record for defendants.  Defendants' attorneys contact information is as follows:

**Page 1 -   NOTICE OF APPEARANCE OF HARRY WILSON**

    Harry B. Wilson, OSB #077214
    HarryWilson@MarkowitzHerbold.com
    MARKOWITZ HERBOLD PC
    1455 SW Broadway, Suite 1900
    Portland, OR  97201
    Telephone: (503) 295-3085

    Brian Simmonds Marshall
    brian.s.marshall@doj.state.or.us
    OREGON DEPARTMENT OF JUSTICE
    Trial Division, Special Litigation Unit
    100 SW Market Street
    Portland, OR 97201
    Telephone: (971) 673-1880

DATED this 4th day of December, 2022.

                ELLEN ROSENBLUM
                ATTORNEY GENERAL
                FOR THE STATE OF OREGON

        By:   *s/ Harry B. Wilson*
                Harry B. Wilson, OSB #077214
                HarryWilson@MarkowitzHerbold.com
                Hannah K. Hoffman, OSB #183641
                HannahHoffman@MarkowitzHerbold.com
                  *Special Assistant Attorney General for Defendants*

                Brian Simmonds Marshall
                brian.s.marshall@doj.state.or.us
                  *Of Attorney for Defendants*

1375598