**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE, INC., <br><br>                  Plaintiffs,<br><br>      v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>                  Defendants. | Case No. 3:22-cv-01869-IM<br><br>**NOTICE OF APPEARANCE OF HANNAH HOFFMAN** |

Hannah Hoffman of Markowitz Herbold PC hereby enters her appearance as an attorney for defendants Ellen Rosenblum and Terri Davie in both their official capacities. Brian Simmonds Marshall and Harry Wilson remain as counsel of record for defendants. Defendants' attorneys contact information is as follows:

**Page 1 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN**

      Harry B. Wilson, OSB #077214
      HarryWilson@MarkowitzHerbold.com
      Hannah K. Hoffman, OSB #183641
      HannahHoffman@MarkowitzHerbold.com
      MARKOWITZ HERBOLD PC
      1455 SW Broadway, Suite 1900
      Portland, OR  97201
      Telephone: (503) 295-3085

      Brian Simmonds Marshall
      brian.s.marshall@doj.state.or.us
      OREGON DEPARTMENT OF JUSTICE
      Trial Division, Special Litigation Unit
      100 SW Market Street
      Portland, OR 97201
      Telephone: (971) 673-1880

DATED this 4th day of December, 2022.

                ELLEN ROSENBLUM
                ATTORNEY GENERAL
                FOR THE STATE OF OREGON

      By:   *s/ Hannah K. Hoffman*
            Harry B. Wilson, OSB #077214
            HarryWilson@MarkowitzHerbold.com
            Hannah K. Hoffman, OSB #183641
            HannahHoffman@MarkowitzHerbold.com
            *Special Assistant Attorney General for Defendants*

            Brian Simmonds Marshall
            brian.s.marshall@doj.state.or.us
            *Of Attorney for Defendants*

1375688

**Page 2 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN**