**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE, INC.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>                              Defendants. | Case No. 3:22-cv-01869-IM<br><br>**STIPULATED ORDER REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Based on the stipulation of the parties, this Court adopts its reasoning as stated in the

Court's Opinion and Order in *Oregon Firearms Federation et al.*, 2:22-cv-01815-IM, ECF 39.

Accordingly, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction,

ECF 2, is GRANTED to the extent that the Motion seeks a temporary restraining order and to the

extent of the difficulty the State has conceded in terms of implementation of the permitting provisions at this stage, and IT IS HEREBY ORDERED that implementation of those permitting provisions is stayed for 30 days. This stay is coextensive with and no broader than the stay ordered in *Oregon Firearms Federation et al.*, 2:22-cv-01815-IM.

Plaintiffs are entitled to a prompt hearing to determine whether a preliminary injunction should issue based on a more complete evidentiary record addressing whether there is a likelihood of success on the merits under the Second and Fourteenth Amendments. The parties are ordered to confer and propose a briefing schedule to this Court by December 7, 2022.

IT SO ORDERED.

DATED this \_\_ day of December, 2022.

_____
United States District Judge Karin Immergut

IT IS SO STIPULATED:

| MURPHY & BUCHAL | ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| *s/ James L. Buchal*<br>James L. Buchal, OSB #921618<br>jbuchal@mbllp.com<br>*Attorneys for Plaintiffs* | *s/ Harry B. Wilson*<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Hannah K. Hoffman, OSB #183641<br>HannahHoffman@MarkowitzHerbold.com<br>*Special Assistant Attorney General for Defendants*<br><br>Brian Simmonds Marshall<br>brian.s.marshall@doj.state.or.us<br>*Of Attorneys for Defendants* |

1377358

**Page 2 -   STIPULATED ORDER REGARDING PLAINTIFFS' MOTION FOR
            TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date: December 6, 2022

                                                s/ Harry B. Wilson
                                                Harry B. Wilson, OSB #077214
                                                HarryWilson@MarkowitzHerbold.com