Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
Telephone: (541) 383-5857

Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
Telephone: (503) 680-8180
1000 SW Disk Dr
Bend, OR 97702

*Attorneys for Amici Curiae*

Regina Lennox (applied for pro hac vice)
rlennox@safariclub.org
Safari Club International
Telephone: (202) 543-8733
501 2nd Street NE
Washington, DC 20002

*Attorneys for Amicus Curiae Safari Club International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>KATE BROWN, et al.,<br><br>       Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**CORPORATE DISCLOSURE STATEMENTS IN SUPPORT OF AMICUS BRIEF**<br><br>*(caption continued on next page)* |

Page 1 -   CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

| |
|---|
| MARK FITZ, et al., |
|                             Plaintiffs, |
|     v. |
| ELLEN F. ROSENBLUM, et al., |
|                             Defendants. |
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION, |
|                             Plaintiffs, |
|     v. |
| ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police, |
|                             Defendants. |
| DANIEL AZZOPARDI, et al., |
|                             Plaintiffs, |
|     v. |
| ELLEN F. ROSENBLUM, et al., |
|                             Defendants. |

## **CORPORATE DISCLOSURE STATEMENTS IN SUPPORT OF AMICUS BRIEF**

The proposed *Amici Curiae* submit the following disclosure statements with respect to their public ownership.

Oregon Hunters Association is an I.R.C. § 501(c)(3) organization incorporated in Oregon. Oregon Hunters Association has no parent company, and no publicly traded company owns more than 10% of its stock.

Page 2 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

Congressional Sportsmen's Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Washington, DC. Congressional Sportsmen's Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

The Rocky Mountain Elk Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Montana. The Rocky Mountain Elk Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Sportsmen's Alliance Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Ohio. Sportsmen's Alliance Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Oregon Wild Sheep Foundation is an I.R.C. § 501(c)(3) corporation incorporated in Oregon. Oregon Wild Sheep Foundation has no parent company, and no publicly traded company owns more than 10% of its stock.

Safari Club International is an I.R.C. § 501(c)(4) corporation incorporated in Arizona. Safari Club International has no parent company, and no publicly traded company owns more than 10% of its stock.

National Deer Association is an I.R.C. § 501(c)(3) corporation incorporated in South Carolina. National Deer Association has no parent company, and no publicly traded company owns more than 10% of its stock.

Delta Waterfowl is a non-profit corporation incorporated in Washington, DC. Delta Waterfowl has no parent company, and no publicly traded company owns more than 10% of its stock.

Page 3 -     CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702


Ducks Unlimited is an I.R.C. § 501(c)(3) corporation incorporated in Washington, DC. Ducks Unlimited has no parent company, and no publicly traded company owns more than 10% of its stock.

Respectfully Submitted,

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

*/s/ Michael R. McLane*
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

*Attorneys for Amicus*

WAND LEGAL LLC

*/s/ Matthew A. Wand*
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Regina Lennox (applied for admission pro hac vice)
rlennox@safariclub.org
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733

*Attorney for Amicus Curiae*
*Safari Club International*

Page 4 -    CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF AMICUS BRIEF

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

*/s/ Michael R. McLane*
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

*Attorneys for Amicus*

WAND LEGAL LLC

*/s/ Matthew A. Wand*
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Regina Lennox (applied for admission pro hac vice)
rlennox@safariclub.org
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733

*Attorney for Amicus Curiae*
*Safari Club International*

Page 1 -    CERTIFICATE OF SERVICE

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702