Stephen J. Joncus, OSB #013072
JONCUS LAW PC
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
971.236.1200
steve@joncus.net

Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Ste 100
Salem, Oregon 97302
503.365.8800
l.williamson@vwllp.com

*Attorneys for OFF Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATE BROWN, et al.,<br><br>　　　　　　　Defendants. | Civil No. 2:22-cv-01815-IM (*Lead Case*)<br>Civil No. 3:22-cv-01859-IM (*Trailing Case*)<br>Civil No. 3:22-cv-01862-IM (*Trailing Case*)<br>Civil No. 3:22-cv-01869-IM (*Trailing Case*)<br><br>CONSOLIDATED CASES<br><br>**DECLARATION LEONARD W. WILLIAMSON** |
| MARK FITZ, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>　　　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>　　　　　　　Defendants. | |

DANIEL AZZOPARDI, et al.,

                     Plaintiffs,

v.

ELLEN F. ROSENBLUM, et al.,

                     Defendants.

I, Leonard Warren Williamson, declare under penalty of perjury as follows:

1.     I am retained counsel for the plaintiffs, Oregon Firearms Federation Inc. et al. vs. Kate Brown et al., Case No. 2:22-cv-01815-IM.

2.     Due to a clerical error in my office, the wrong expert report marked *Exhibit Helsley – 1* and was filed with Stephen Helsley's Declaration (ECT No. 79).

3.     I notified defense counsel of the error on January 20, 2023, when I discovered the mistake.

4.     A corrected declaration for Mr. Helsley with the correct expert report was filed on January 24, 2023 (ECF No. 109). The correct expert report is marked *Exhibit Helsley – 3*.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 25, 2023.

                                                                      Leonard W. Williamson

Respectfully submitted,

DATED: January 25, 2023.        By:    s/ *Stephen Joncus*
                                       Stephen J. Joncus, OSB #013072
                                       JONCUS LAW PC
                                       13203 SE 172nd Ave Ste 166 #344
                                       Happy Valley, Oregon 97086
                                       971.236.1200
                                       steve@joncus.net

                                       Leonard W. Williamson, OSB #910020
                                       VAN NESS WILLIAMSON LLP
                                       960 Liberty St. SE, Ste 100
                                       Salem, Oregon 97302
                                       503.365.8800
                                       l.williamson@vwllp.com

                                       *Attorneys for OFF Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I caused the foregoing to be filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

In addition, the foregoing was served by email as follows:

Brian Simmonds Marshall, OSB No. 196129
Senior Assistant Attorney General
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-1880
E-mail: brian.s.marshall@doj.state.or.us

Harry B. Wilson, OSB No. 077214
MARKOWITZ HERBOLD PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
Phone: (503) 295-3085
Email: harrywilson@markowitzherbold.com

Attorneys for Defendants

JONCUS LAW P.C.

/s/ *Stephen J. Joncus*
Stephen J. Joncus, OSB No. 013072
steve@joncus.net

Attorney for Plaintiffs