Case 3:22-cv-01869-IM   Document 78-14   Filed 02/06/23   Page 1 of 2

Newspapers™ by ancestry
https://www.newspapers.com/image/264424206

Hartford Courant (Hartford, Connecticut) · Sun, Dec 23, 2012 · Page A1
Downloaded on Oct 19, 2022

# Hartford Courant

AMERICA'S OLDEST CONTINUOUSLY PUBLISHED NEWSPAPER



VOLUME CLXXVI  NUMBER 358 · COURANT.COM • MOBILE.COURANT.COM · SUNDAY, DECEMBER 23, 2012

**STARTING OVER**

# NEW SCHOOL, MADE FAMILIAR

### Hundreds Of Volunteers Help Ease Transition For Sandy Hook Kids

By BRIAN DOWLING
bdowling@courant.com

Sandy Hook Elementary School students will find that volunteers have painted the walls of their new school green and white, their school colors. The movers set furniture, desks, computers and supplies in the same places as their old classrooms in Newtown. Volunteers pinned the same posters to new classroom walls.

The re-creation of Sandy Hook Elementary at Chalk Hill School in Monroe involved hundreds of people over the past week. Locksmiths, plumbers, electricians, custodians, experts in fire suppression and security systems, as well as residents with paint brushes, all volunteered time to create an around-the-clock renovation team, which peaked at 500 workers.

Thanks to that effort, the surroundings will be

**CHALK HILL**, A4



WFSB | POOL
**THE WELCOME** sign is ready at Chalk Hill School in Monroe, where Sandy Hook students will begin classes Jan. 3.



**ADAM LANZA**

# Shooter Paused, And Six Escaped

By DAVE ALTIMARI,
EDMUND H. MAHONY
and JON LENDER
daltimar@courant.com

As many as a half-dozen first-graders may have survived Adam Lanza's deadly shooting spree at Sandy Hook Elementary School because he stopped firing briefly, perhaps to reload his rifle or because it jammed, according to law enforcement officials familiar with the events.

A source said that the Bushmaster rifle that Lanza used in the shootings is at the state police forensic laboratory undergoing several tests, including tests to determine whether it jammed.

The children escaped from the first-grade classroom of teacher Victoria Soto, one of the six educators Lanza killed in Newtown after shooting his way through a glass door with the .223-caliber semiautomatic rifle on the morning of Dec. 14.

On Friday, detectives obtained and began examining records related to psychiatric care Lanza had received

**RIFLE**, A6

Copyright © 2022 Newspapers.com. All Rights Reserved.



POWERED BY Newspapers.com™

Case 3:22-cv-01869-IM Document 78-14 Filed 02/06/23 Page 2 of 2

newspapers
by ancestry
https://www.newspapers.com/image/264424215

Hartford Courant (Hartford, Connecticut) · Sun, Dec 23, 2012 · Page A6
Downloaded on Oct 19, 2022

A6 SUNDAY, DECEMBER 23, 2012 THE HARTFORD COURANT

TRAGEDY IN NEWTOWN

## Rifle

*Continued from Page A1*

in an attempt to determine a motive. Several friends of his mother have said that he had Asperger's syndrome but authorities have neither confirmed that nor indicated it had anything to do with the shootings.

Lanza killed 27 people — 20 children, four teachers, the school principal, a school psychologist and his mother, Nancy — before shooting himself in the head as police began arriving at the school.

The arriving officers encountered a shocking scene in Soto's classroom. Lanza had shot her, as well as special education teacher Anne Marie Murphy and six of Soto's 6- and 7-year-old students. Seven of Soto's students were found huddled and unharmed in a classroom closet, apparently hidden by Soto when she heard shooting. The other students fled the classroom.

Based on initial statements from surviving children and the fact that unfired cartridges from Lanza's rifle were found on the ground, detectives suspect that some students were able to run to safety when Lanza stopped firing, probably for a short period of time, the officials said.

It is possible that Lanza, who reloaded the rifle frequently, mishandled or dropped a magazine and cartridges fell to the floor, they said.

But it also is possible, they said, that the mechanism that fed cartridges into the rifle jammed, causing Lanza to remove the magazine and clear the weapon. Unfired cartridges could have fallen to the classroom floor during that process as well, law enforcement officials said.

The six children who escaped Lanza's rampage ran to a home a short distance from the school. Upon reaching the home, one of the boys told the owner that "we obeyed the rules, we stayed on the sidewalk," one of the officials said.

The authorities have learned generally from the children who ran away that something may have happened to Lanza's rifle that caused him to stop firing. The substance of the statements, which are not entirely consistent, is that a piece of the weapon, probably a magazine holding live cartridges, was dropped or fell to the classroom floor.

Investigators have decided not to formally interview the children, based on advice from Yale child psychologists. Given the chaotic nature of the scene, it is also possible that some children escaped while Lanza was shooting at others.

State police are expected to wrap up work at the school and release the scene as a crime scene in the next few days. They still are trying to determine how many shots Lanza fired.

Lanza killed himself in Soto's classroom with one of the two pistols he carried into the building. He killed himself as police entered the building.

Police found a loaded 20-round shotgun in the trunk of the car similar to what is known as a "street sweeper." Police believe that Lanza didn't bring it into the school because he couldn't carry all of the weapons and ammunition. Lanza, who was about 6 feet tall, weighed barely 110 pounds, law enforcement sources said.

The few people who knew Lanza have portrayed him in the days since the mass shootings as an awkward, emotionally isolated, withdrawn young man. He attended public schools in Newtown, but at times was home-schooled by his mother, who was said by authorities and others to be the only person with whom he was socially engaged.

Lanza lived with his mother. He had two bedrooms and used one of them to keep computer equipment on which he is said to have enjoyed playing violent video games involving violent war games.

Before the shootings at the elementary school, Lanza shot his mother four times with a .22-caliber rifle as she lay in bed. He left that rifle at the house. All the guns were properly registered to Nancy Lanza.

Adam Lanza also broke apart his computer equipment in a way that has prevented authorities from retrieving data that could reveal with whom he may have corresponded or played video games.

He then drove to the school, getting there about 9:30 a.m. He walked up to the front entrance and fired at least a half-dozen rounds into the glass doors. The thunderous sound of Lanza blowing an opening big enough to walk through the locked school door caused Principal Dawn Hochsprung and school psychologist Mary Scherlach to bolt from a nearby meeting room to investigate.

He shot and killed both as they ran toward him. Two other staff workers in a meeting with Hochsprung and Scherlach were injured in the hail of bullets but made it back inside the conference room where one called 911 from under a table.

Lanza then turned toward the first classroom on his left, that of teacher Kaitlin Roig. By then, authorities said, Roig had hidden with her students in a closet in her classroom. Before securing the closet door, which opened inward, authorities said she concealed the door behind a movable bookcase.

Lanza then walked past Soto's classroom into the third one, where Lauren Rousseau was teaching. He shot and killed Rousseau, special education teacher Rachel D'Avino and 14 students.

One member of the class was not killed, although it is not clear if the child escaped the shooting or was not in the room.

"I think the community is very much respecting their privacy," Newtown schools Superintendent Janet Robinson said of the student's family. "I think that everyone is very sensitive to what a horrific experience this 6-year-old ... has been through."

Much later, after police had found Lanza's body and were searching for survivors, an officer had to slide a badge beneath the closet door before Roig could be persuaded to open it.

*Courant staff writer Matthew Sturdevant contributed to this story.*



[Lux Bond & Green advertisement: "EVERY BOX HAS A STORY™ — Unwrap a memory that will last a lifetime." Featuring LBG Gold Box Special, Love Knot earrings $55, Set of pearl earrings $60, Cartier Ballon Bleu timepieces, Diamonds rings, bands, line bracelets, hoops and studs, David Yurman bracelets shown from $550 others from $375, LBG Gift Cards, Simon Pearce Silver Lake tealight $40 each, John Hardy bracelets shown from $375 others from $275, Raymond Weil watches from $750, Corkcicle $24.95, G-Shock watches from $99, Baby-G from $79, Nespresso Citiz with Milk Lino espresso coffee machine $299, Receive $100 Club Credit with any Nespresso machine purchase $1199 or above. LUX BOND & GREEN, JEWELRY WATCHES GIFTS · SINCE 1898. OPEN TODAY UNTIL 5:00 AND CHRISTMAS EVE DAY UNTIL 4:30. West Hartford (860) 521.3015, Glastonbury (860) 659.8510, South Windsor (860) 644.0789, Mohegan Sun (860) 862.9900, Greenwich (203) 629.0900, Westport (203) 227.1300, Boston (617) 266.4747, Wellesley (781) 235.9119, (800) 524.7336]

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY newspapers.com™

**Ex. N - Klarevas Decl.**
**Page 2 of 2**