**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

      Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

      Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                        Plaintiffs,<br><br>        v.<br><br>TINA KOTEK, et al.,<br><br>                       Defendants,<br><br>       and | Case No. 2:22-cv-01815-IM (lead case)<br>           3:22-cv-01859-IM (trailing case)<br>           3:22-cv-01862-IM (trailing case)<br>           3:22-cv-01869-IM (trailing case)<br><br>**DECLARATION OF REBECCA DODD** |

**Page 1 -   DECLARATION OF REBECCA DODD**

OREGON ALLIANCE FOR GUN SAFETY,

                                        Intervenor-Defendant.

MARK FITZ, et al.,

                                        Plaintiffs,

                        v.

ELLEN F. ROSENBLUM, et al.,

                                        Defendants.

KATERINA B. EYRE, et al.,

                                        Plaintiffs,

                        v.

ELLEN F. ROSENBLUM, et al.,

                                        Defendants,

                        and

    OREGON ALLIANCE FOR GUN SAFETY,

                                        Intervenor-Defendant.

DANIEL AZZOPARDI, et al.,

                                        Plaintiffs,

                        v.

ELLEN F. ROSENBLUM, et al.,

                                        Defendants.

I, Rebecca K. Dodd, declare:

1.      I am a paralegal with Markowitz Herbold PC in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 2 -   DECLARATION OF REBECCA DODD**

2.      Attached as **Exhibit 1** is a true and accurate excerpt of the transcript of the deposition of Stephen Helsley, taken on January 19, 2023.

3.      Attached as **Exhibit 2** is a true and accurate excerpt of the transcript of the deposition of Mark Hanish, taken on January 13, 2023.

4.      Attached as **Exhibit 3** is a true and accurate excerpt of the transcript of the deposition of Gary Kleck, taken on January 25, 2023.

5.      Attached as **Exhibit 4** is a true and accurate excerpt of the transcript of the deposition of Massad Ayoob, taken on January 15, 2023.

6.      Attached as **Exhibit 5** is a true and accurate excerpt of the transcript of the deposition of Ashley Hlebinsky, taken on January 20, 2023.

7.      Attached as **Exhibit 6** is a true and accurate excerpt of the transcript of the deposition of Clayton Cramer, taken on January 19, 2023.

8.      Attached as **Exhibit 7** is a true and accurate excerpt of the transcript of the deposition of Kevin Campbell, taken on January 17, 2023.

9.      Attached as **Exhibit 8** is a true and accurate excerpt of the transcript of the deposition of Jason Myers, taken on February 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day February, 2023.

Rebecca K. Dodd

1402742