Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

_____

OREGON FIREARMS FEDERATION, )
INC., et al.,               )
                            )
        Plaintiffs,         )
                            ) Case Nos.
    v.                      ) 2:22-cv-01815-IM
                            ) 3:22-cv-01859-IM
KATE BROWN, et al.,         ) 3:22-cv-01862-IM
                            ) 3:22-CV-01869-IM
        Defendants.         )
_____)
                            )
                            )
        (Continued)         )
_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

STEPHEN C. HELSLEY
_____

Witness located in:

El Dorado Hills, California


* All participants appeared via videoconference *


DATE TAKEN:   January 19, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CSR #2798
                         Oregon #22-0001
_____

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Case 3:22-cv-01869-IM    Document 85-1    Filed 02/06/23    Page 2 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 2

```
 1            (Continued)              )
                                       )
 2   MARK FITZ, et al.,                )
                                       )
 3                    Plaintiffs,      )
          v.                           )
 4                                     )
     ELLEN F. ROSENBLUM, et al.,       )
 5                                     )
                      Defendants.      )
 6   _____)
     KATERINA B. EYRE, et al.,         )
 7                                     )
                      Plaintiffs,      )
 8        v.                           )
                                       )
 9   ELLEN F. ROSENBLUM, et al.,       )
                                       )
10                    Defendants.      )
     _____)
11   DANIEL AZZOPARDI, et al.,         )
                                       )
12                    Plaintiffs,      )
          v.                           )
13                                     )
     ELLEN F. ROSENBLUM, et al.,       )
14                                     )
                      Defendants.      )
15   _____
```

Case 3:22-cv-01869-IM   Document 85-1   Filed 02/06/23   Page 3 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 3

```
 1                        APPEARANCES
 2
     For Oregon Firearms Federation and the Witness:
 3
                    LEONARD WILLIAMSON
 4                  VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
 5                  Salem, OR 97302
                    (503) 365-8800
 6                  L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                    HARRY WILSON
 9                  MARKOWITZ HERBOLD
                    1455 SW Broadway, Suite 1900
10                  Portland, OR 97201
                    (503) 972-5076
11                  HarryWilson@markowitzherbold.com

12
13   For the Proposed Intervenor-Defendant Oregon Alliance
     for Gun Safety:
14
                    ZACHARY J. PEKELIS
15                  W. SCOTT FERRON
                    PACIFICA LAW GROUP
16                  1191 Second Avenue, Suite 2000
                    Seattle, WA 98101
17                  (206) 245-1700
                    Zach.Pekelis@PacificaLawGroup.com
18
19   Videographer:
                    CATHY ZAK
20                  BUELL REALTIME REPORTING
                    1325 Fourth Avenue, Suite 1840
21                  Seattle, WA 98101
                    (206) 287-9066
22                  Info@buellrealtime.com
23                       *   *   *   *   *
24
25
```

Case 3:22-cv-01869-IM   Document 85-1   Filed 02/06/23   Page 4 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 47

1    A.   Yes.  Assuming it's the right one.
2    Q.   And can most popular handguns function with
3  10-round magazines?
4    A.   As long as the magazine is designed for that
5  particular firearm, yes.
6    Q.   In Paragraph 10 of your declaration -- so I'm
7  now on to page 6.
8    A.   Okay.
9    Q.   You discuss -- you discuss the AR rifle.
10       Do you see where I am in Paragraph 10?
11   A.   Yes.
12   Q.   Who is the original manufacturer of the AR
13 rifle?
14   A.   Well, it was the Armorlite Corporation, which
15 was -- was it Fairchild?  Well, it got sold to Colt,
16 but Colt was not the original.
17   Q.   So Colt -- Colt bought the trademark rights to
18 AR somewhere around 1959; correct?
19   A.   Approximately, yes.
20   Q.   And then isn't it correct that Colt
21 manufactured what they called an AR-15 rifle that came
22 standard with a five-round magazine in the 1960s?
23   A.   Five-round.  If they did, I'm unaware of it.
24 I don't know that I've seen such a magazine.  It's
25 certainly not inconceivable that they did, but it's not

Case 3:22-cv-01869-IM   Document 85-1   Filed 02/06/23   Page 5 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 106

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of STEPHEN C. HELSLEY, having been duly sworn, on January 19, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of January, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR Oregon #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.