Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

_____

OREGON FIREARMS FEDERATION,   )
INC., et al.,                 )
                              )
        Plaintiffs,           )
                              ) Case Nos.
    v.                        ) 2:22-cv-01815-IM,
                              ) 3:22-cv-01859-IM,
KATE BROWN, et al.,           ) 3:22-cv-01862-IM,
                              ) 3:22-CV-01869-IM,
        Defendants.           )
_____)
                              )
                              )
                              )
        (Continued)           )
_____

* VIDEOCONFERENCE *
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
MARK T. HANISH
_____

Witness located in:

Phoenix, Arizona


* All participants appeared via videoconference *



DATE TAKEN:    JANUARY 13, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CSR #2798
               Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 1 of 10

Case 3:22-cv-01869-IM    Document 85-2    Filed 02/06/23    Page 2 of 10
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Mark T. Hanish

Page 2

```
              (Continued)          )
                                   )
   MARK FITZ, et al.,              )
              Plaintiffs,          )
       v.                          )
                                   )
   ELLEN F. ROSENBLUM, et al.,     )
              Defendants.          )
                                   )
   KATERINA B. EYRE, et al.,       )
              Plaintiffs,          )
       v.                          )
                                   )
   ELLEN F. ROSENBLUM, et al.,     )
              Defendants.          )
                                   )
   DANIEL AZZOPARDI, et al.,       )
              Plaintiffs,          )
       v.                          )
                                   )
   ELLEN F. ROSENBLUM, et al.,     )
              Defendants.          )
```

Case 3:22-cv-01869-IM   Document 85-2   Filed 02/06/23   Page 3 of 10
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Mark T. Hanish

Page 3

```
 1                        APPEARANCES
 2
   For the Eyre Plaintiffs:
 3
                SHAWN M. LINDSAY
 4              JURISLAW, LLP
                Three Centerpointe Drive, Suite 160
 5              Lake Oswego, OR 97035
                (503) 968-1475
 6              Shawn@jurislawyer.com

 7
   For Fitz and Azzopardi Plaintiffs:
 8
                JAMES L. BUCHAL
 9              MURPHY & BUCHAL, LLP
                P.O. Box 86620
10              Portland, OR 97286
                (503) 227-1011
11              Jbuchal@mbllp.com

12
   For Oregon Firearms Federation:
13
                LEONARD WILLIAMSON
14              VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
15              Salem, OR 97302
                (503) 365-8800
16              L.williamson@vwllp.com

17
   For the Proposed Intervenor-Defendant Oregon Alliance
18 for Gun Safety:

19              ZACHARY J. PEKELIS
                PACIFICA LAW GROUP
20              1191 Second Avenue, Suite 2000
                Seattle, WA 98101
21              (206) 245-1700
                Zach.Pekelis@PacificaLawGroup.com
22
23
24
25
```

Case 3:22-cv-01869-IM   Document 85-2   Filed 02/06/23   Page 4 of 10
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Mark T. Hanish

Page 4

```
 1                    APPEARANCES CONTINUED
 2
     For the non-intervenor defendants, governor, the
 3   Attorney General, and the superintendent of the Oregon
     state police:
 4
                    BRIAN MARSHALL
 5                  OREGON DEPARTMENT OF JUSTICE
                    SPECIAL LITIGATION UNIT
 6                  100 SW Market Street
                    Portland, OR 97201
 7                  (971) 673-1800
                    Brian.S.Marshall@doj.state.or.us
 8
     Videographer:
 9                   BROOK YOUNG
                     BUELL REALTIME REPORTING
10                   1325 Fourth Avenue, Suite 1840
                     Seattle, WA 98101
11                   (206) 287-9066
                     Brook@BuellRealtime.com
12
13
14
                        *   *   *   *   *
15
16
17
18
19
20
21
22
23
24
25
```

Page 57

1      Q.  And did you encounter the 2004 study in your
2  day-to-day work?
3      A.  It had been quite some time since I had seen
4  that, but I revisited it with -- with these cases.
5      Q.  And did Mr. Keane from NSSF also suggest the
6  2004 report?
7      A.  No.
8      Q.  How did you come across that?
9      A.  Just researching.
10     Q.  And by researching, you mean searching in
11 Google or did you use something else?
12     A.  No, Google.
13     Q.  Did you compare the estimates in the 2021
14 National Firearms Survey to any other sources?
15     A.  Not directly.
16     Q.  Do you have any source of information about
17 the 2021 National Firearms Survey other than the
18 information that is in the report itself?
19     A.  Could you say that one more time?  Do I
20 have --
21     Q.  Do you know anything about the 2021 National
22 Firearms Survey that is not in the report itself?
23     A.  No, other than looking at some of the
24 extensions on there and then, you know, having personal
25 knowledge of some of the things, you know, that all,

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab
Ex. 2 - Dodd Decl.
Page 5 of 10

Case 3:22-cv-01869-IM   Document 85-2   Filed 02/06/23   Page 6 of 10
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                     Mark T. Hanish

Page 58

1   you know, check out through, you know, just my personal
2   knowledge of it.
3       Q.  And by extensions, do you mean the appendices
4   that you included in your report?
5       A.  Yes.
6       Q.  And those are part of the original SSRN
7   download?
8       A.  Yes.
9       Q.  Have you spoken to Dr. English before?
10      A.  No, I have not spoken to Dr. English.
11      Q.  Did you try to speak with Dr. English about
12  this report?
13      A.  I did not.
14      Q.  Why not?
15      A.  The one or two pieces of information out of it
16  that, you know, supported my opinion on it is what I
17  referenced out of it, and that was it.
18      Q.  Has the 2021 National Firearms Survey been
19  published in a peer-reviewed journal?
20      A.  I do not know.
21      Q.  How were the participants for this survey
22  recruited?
23      A.  That I remember -- that is in the -- in the
24  document, and I don't know that you want me to read
25  that and regurgitate it.  Or is that what you would

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 6 of 10

Page 71

1 pistol grip.
2     Q. That doesn't relate to magazine size; correct?
3     A. Correct.
4     Q. And that rule doesn't exist in Oregon?
5     A. Not that I'm aware of, no.
6     Q. With respect to the other difference -- the
7 differences that is in -- the number of rounds that are
8 available and potentially difficult to reload, are
9 those the other differences?
10     A. Yes.
11     Q. Are there any other differences with a
12 10-round-capacity magazine or what you call a
13 standard-capacity magazine?
14     A. Is it -- I missed the point of your question.
15 Is there a difference in the magazines?
16     Q. <u>Is there a difference in the performance aside</u>
17 <u>from the number of rounds available and potentially the</u>
18 <u>difficulty to reload and the performance of a 10-round</u>
19 <u>magazine or a larger magazine?</u>
20     <u>A. No, the mechanical function of the action is</u>
21 <u>the same.</u>
22     Q. Why would FN have introduced this weapon?
23     A. To service customers in the state of
24 California.
25     Q. Do you know of any reason why this weapon

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab
Ex. 2 - Dodd Decl.
Page 7 of 10

Page 85

1  Q. Okay.
2     And just to kind of elaborate on that a little
3  bit, do you have any training or experience in
4  analyzing surveys or polling data?
5  A. No.
6  Q. Okay.
7     And do you consider yourself an expert in any
8  way in polling or statistics?
9  A. No. Not in polling, other than I think I've
10 seen more Frank Luntz videos than I care.
11 Q. Fair enough.
12    And Frank Luntz, remind me who he is.
13 A. Oh, he was just the -- just the polling guy
14 that was all over the elections. He used to be the --
15 I'm sorry, it was --
16 Q. (Speaking simultaneously) pollster; right?
17    (Reporter asks parties to speak one at a
18 time.)
19    (Reporter clarification.)
20    THE WITNESS: I was just making --
21    (Reporter clarification.)
22    THE WITNESS: Oh.
23 BY MR. PEKELIS:
24 Q. My question was (inaudible Zoom audio)?
25    (Reporter clarification.)

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 8 of 10

Page 86

1  BY MR. PEKELIS:
2      Q.  He's a Republican pollster, Frank Luntz?
3      A.  I actually don't know his politics.  He's the
4  only pollster that I remember seeing on all the TV
5  channels.  So I apologize for making a joke.
6      Q.  No, that's fine.
7          <u>I guess the bottom line is you're not in a</u>
8  <u>position to assess the validity or the reliability of</u>
9  <u>the 2021 National Firearms Survey?</u>
10     <u>A.  I am not a polling expert.</u>
11     Q.  So in paragraph 28, it looks like you're
12 quoting some of the National Firearms Survey, and I
13 would like to focus on two of the data in that block
14 quote paragraph.  You'll see it says "31.1 percent of
15 gun owners or approximately 25.3 million adult
16 Americans have used a gun in self-defense.  Gun owners
17 engage in approximately 1.67 million defensive uses of
18 firearms per year."
19         Do you see that?
20     A.  Yes.
21     Q.  Okay.
22         So first, I want to focus on that 1.67 million
23 defensive uses of firearms per year.
24         Does that number strike you as accurate?
25     A.  It does.

Page 127

1  C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6      I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of MARK T.
9  HANISH, having been duly sworn, on January 13, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.
12     IN WITNESS WHEREOF, I have hereunto set my hand
13 and seal this 20th day of January, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR #22-0001
NOTARY PUBLIC, State of
Washington.
My commission expires
5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3a1315ad-3d63-4af9-ba9b-c58c534eb6ab

Ex. 2 - Dodd Decl.
Page 10 of 10