Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

_____

OREGON FIREARMS FEDERATION,     )
INC., et al.,                   )
                                )
           Plaintiffs,          )
                                ) Case No.
     v.                         ) 2:22-cv-01815-IM
                                ) 3:22-cv-01859-IM
KATE BROWN, et al.,             ) 3:22-cv-01862-IM
                                ) 3:22-cv-01869-IM
           Defendants.          )
_____ )
                                )
                                )
        (Continued)             )
_____

                    * VIDEOCONFERENCE *
      VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                        OF EXPERT
                     GARY D. KLECK
_____


               Witness located in:

               Tallahassee, Florida



   * All participants appeared via videoconference *




DATE TAKEN:    January 25, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CSR #2798
                          Oregon #22-0001

```
                                                              Page 2
 1  _____
 2            (Continued)              )
                                       )
 3  MARK FITZ, et al.,                 )
                                       )
 4                  Plaintiffs,        )
         v.                            )
 5                                     )
    ELLEN F. ROSENBLUM, et al.,        )
 6                                     )
                    Defendants.        )
 7  _____    )
    KATERINA B. EYRE, et al.,          )
 8                                     )
                    Plaintiffs,        )
 9       v.                            )
                                       )
10  ELLEN F. ROSENBLUM, et al.,        )
                                       )
11                  Defendants.        )
    _____    )
12  DANIEL AZZOPARDI, et al.,          )
                                       )
13                  Plaintiffs,        )
         v.                            )
14                                     )
    ELLEN F. ROSENBLUM, et al.,        )
15                                     )
                    Defendants.        )
16  _____
17
18
19
20
21
22
23
24
25
```

Page 3

APPEARANCES

For Oregon Firearms Federation:

    LEONARD WILLIAMSON
    VAN NESS WILLIAMSON
    960 Liberty Street SE, Suite 100
    Salem, OR 97302
    (503) 365-8800
    L.williamson@vwllp.com

For the non-intervenor defendants, governor, the Attorney General, and the superintendent of the Oregon state police:

    BRIAN MARSHALL
    OREGON DEPARTMENT OF JUSTICE
    SPECIAL LITIGATION UNIT
    100 SW Market Street
    Portland, OR 97201
    (971) 673-1800
    Brian.S.Marshall@doj.state.or.us

For the Proposed Intervenor-Defendant Oregon Alliance For Gun Safety:

    ZACHARY J. PEKELIS
    W. SCOTT FERRON
    PACIFICA LAW GROUP
    1191 Second Avenue, Suite 2000
    Seattle, WA 98101
    (206) 245-1700
    Zach.Pekelis@PacificaLawGroup.com

Videographer:

    BROOK YOUNG
    Buell Realtime Reporting
    1325 Fourth Avenue, Suite 1840
    Seattle, WA 98101
    (206) 287-9066
    Brook@BuellRealtime.com

    *   *   *   *   *

Case 3:22-cv-01869-IM   Document 85-3   Filed 02/06/23   Page 4 of 6
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 76

1   the criticisms, which is not a scholarly practice.  You
2   know, scholars will respond to criticism with some kind
3   of a rebuttal, but those who are big fans of the notion
4   that defensive gun use is rare simply don't respond.
5        Q.   Are you familiar with William English of
6   Georgetown University?
7        A.   Yeah.  Yeah.
8        Q.   Are you familiar with the 2021 National
9   Firearms Survey he's posted on SSRN?
10       A.   Yeah.
11       Q.   What do you think of that survey?
12       A.   I don't think you can rely on it.
13       Q.   Why not?
14       A.   He's vague about exactly how he developed his
15  sample.  And there's nothing in his report to
16  contradict the assumption that what he had was a
17  self-selected sample, where people were in effect --
18  who arrived at, let's say, a website were invited to
19  participate.  And that's not a valid sample technique
20  to generate a sample that's representative of the
21  larger US population.
22       Q.   Why does that matter?
23       A.   Well, because you can't then generalize the
24  results from your sample to the population as a whole.
25  You only know, well, this was what was true in my

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3fe9a52f-5c47-40f5-80d9-0afed9abd05b
Ex. 3 - Dodd Decl.
Page 4 of 6

Case 3:22-cv-01869-IM   Document 85-3   Filed 02/06/23   Page 5 of 6
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                        Gary D. Kleck

Page 77

1  sample, which was to some extent self-selected, but you
2  can't know that it applies in any way, shape, or form,
3  to the US population as a whole.
4      Q.  Do you have other concerns with - with the
5  2021 National Firearms Survey that Dr. English posted
6  on SSRN?
7      A.  No.  That's sufficient.
8      Q.  Without -- without that information that is
9  missing, you would not rely on that survey for any
10 purpose?
11     A.  That is correct.  I would not rely.
12     Q.  Your thesis is that -- about the NRA defensive
13 use data, that NRA staff intentionally omit stories of
14 defensive gun use that have greater than ten rounds
15 fired?
16     A.  I think they omit any kind of an incident that
17 would make defensive gun use look less reputable, less
18 responsible.  If there's an excessive number of rounds
19 fired, they would be very reluctant to include that
20 among the incidents they publicize by putting it into
21 the armed citizen column.
22     Q.  Why do you think that firing more than ten
23 rounds is excessive?
24     A.  Well, it's unusual, for starters.  And many
25 people would interpret it as indiscriminate fire.  They

Page 151

1    C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6       I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of GARY D. KLECK,
9  having been duly sworn, on January 25, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11      Reading and signing was requested pursuant to
12 FRCP Rule 30(e).
13      IN WITNESS WHEREOF, I have hereunto set my hand
14 and seal this 1st day of February, 2023.



/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR #22-0001
NOTARY PUBLIC, State of
Washington.
My commission expires
5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3fe9a52f-5c47-40f5-80d9-0afed9abd05b

**Ex. 3 - Dodd Decl.**
**Page 6 of 6**