Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) Case Nos. ) 2:22-cv-01815-IM |
| v. | ) 3:22-cv-01859-IM ) 3:22-cv-01862-IM |
| KATE BROWN, et al., | ) 3:22-CV-01869-IM ) |
| Defendants. | ) ) |
| _____ | ) ) ) ) |
| (Continued) | ) |

_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

MASSAD F. AYOOB
_____

Witness located in:
Live Oak, Florida


\* All participants appeared via videoconference \*



DATE TAKEN:   January 16, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CCR 2798
                         Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627

Ex. 4 - Dodd Decl.
Page 1 of 8

Case 3:22-cv-01869-IM   Document 85-4   Filed 02/06/23   Page 2 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 2

```
 1  _____
 2            (Continued)           )
                                    )
 3  MARK FITZ, et al.,              )
                                    )
 4            Plaintiffs,           )
         v.                         )
 5                                  )
    ELLEN F. ROSENBLUM, et al.,     )
 6                                  )
              Defendants.           )
 7  _____  )
    KATERINA B. EYRE, et al.,       )
 8                                  )
              Plaintiffs,           )
 9       v.                         )
                                    )
10  ELLEN F. ROSENBLUM, et al.,     )
                                    )
11            Defendants.           )
    _____  )
12  DANIEL AZZOPARDI, et al.,       )
                                    )
13            Plaintiffs,           )
         v.                         )
14                                  )
    ELLEN F. ROSENBLUM, et al.,     )
15                                  )
              Defendants.           )
16                                  )
    _____
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Page 3

APPEARANCES

For the Plaintiffs:

    HANNAH HOFFMAN
    HARRY WILSON
    MARKOWITZ HERBOLD
    1455 SW Broadway, Suite 1900
    Portland, OR 97201
    (503) 972-5076
    Hannahhoffman@markowitzherbold.com

For Fitz and Azzopardi plaintiffs:

    JAMES L. BUCHAL
    MURPHY & BUCHAL, LLP
    P.O. Bos 86620
    Portland, OR 97286
    (503) 227-1011
    Jbuchal@mbllp.com

For the Proposed Intervenor-Defendant Oregon Alliance for Gun Safety:

    ZACHARY J. PEKELIS
    PACIFICA LAW GROUP
    1191 Second Avenue, Suite 2000
    Seattle, WA 98101
    (206) 245-1700
    Zach.Pekelis@PacificaLawGroup.com

For Oregon Firearms Federation:

    LEONARD WILLIAMSON
    VAN NESS WILLIAMSON
    960 Liberty Street SE, Suite 100
    Salem, OR 97302
    (503) 365-8800
    L.williamson@vwllp.com

Page 4

1             APPEARANCES CONTINUED

2 Videographer:

3         JASON NEUERBURG
        BUELL REALTIME REPORTING
4         1325 Fourth Avenue, Suite 1840
        Seattle, WA 98101
5         (206) 287-9066
        Info@buellrealtime.com

6

7 Also present:

8 Mr. Massad Ayoob's wife

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:22-cv-01869-IM   Document 85-4   Filed 02/06/23   Page 5 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 23

1      A.   Involved?
2      Q.   What percentage of the incidents you have
3   researched involved law enforcement rather than a
4   civilian?
5      A.   I've never broken it down.  Probably the
6   majority would be law enforcement.  I don't see a whole
7   lot of difference in this context for the simple reason
8   that the citizen who chooses to be lawfully armed does
9   so to defend themselves and their family from the exact
10  same criminals the police are armed to defend them and
11  you and me from.
12     Q.   I want to ask you a little bit more about that
13  idea, but first, can you give me a sense of how common
14  this type of situation you're describing would be
15  for -- just for a civilian person, not a law
16  enforcement officer on duty?
17     A.   For the private -- how often does a private
18  citizen need more?
19     Q.   Yes.
20     A.   We don't have real stats on that because there
21  is no empirical database that is following all armed
22  citizen shootings and collecting and analyzing them.
23          For that matter, we really don't have a true
24  empirical database on all of the police shootings.
25  Some departments like the New York City Police

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627
Ex. 4 - Dodd Decl.
Page 5 of 8

Case 3:22-cv-01869-IM   Document 85-4   Filed 02/06/23   Page 6 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                         Massad F. Ayoob

Page 24

1  Department keep very careful records of how many
2  incidents in a year, how many shots were fired by each
3  officer and that sort of thing.
4       But some departments don't even report them to
5  the FBI for statistics gathering.  So it would be a
6  minority, but a significant minority.  And as I said in
7  the declaration, it's not about the odds so much as
8  it's about the stakes.
9       The saying in the business is, It's better to
10 have the ammunition and not need it than to need the
11 ammunition and not have it.
12      Q.  Over the course of your research, do you have
13 any sense of how often a civilian fires more than 10
14 rounds?
15      A.  Again, without the empirical database, I can't
16 say anything with confirmation.  Yes.  Do I have a
17 feeling or a sense of it?  Yeah.  It would be in the
18 minority.  The great majority that's -- what we call
19 DGUs, defensive gun usages, no shots are fired at all.
20      The criminal realizes they bit off more than
21 they could chew.  They have a victim who's not a victim
22 anymore and about to shoot back, and they surrender or
23 most often leave -- leave the scene.  So the incidents
24 with armed citizens where it actually comes to shooting
25 are entirely on the fire end of the bell curve.

Case 3:22-cv-01869-IM   Document 85-4   Filed 02/06/23   Page 7 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 76

1   <u>Q.   How about education or training on how to</u>
2   <u>conduct a statistical survey?</u>
3       <u>A.   No.   Again I'm not a statistician, and I don't</u>
4   <u>do surveys, which is why it's so difficult for me to</u>
5   <u>give you answers to some of your questions.</u>
6       Q.   In the course of your years of research, have
7   you ever conducted any survey?
8       A.   I did a survey of Illinois troopers in 1976 or
9   '77.  I referenced their sidearms that I did for the
10  bargaining organization, the Troopers Lodge.  I must,
11  at some point, have done some survey with a magazine
12  article where readers write in about this, that or the
13  other, but nothing I would consider formally statistics
14  nor would present statistics.
15      Q.   Do you have any medical education?
16      A.   EMT, emergency medical technician, but that
17  has long since lapsed.
18      Q.   What kind of training did you receive for
19  that?
20      A.   Basically resuscitation, use of
21  administrating -- administering oxygen, what they call
22  today stop the bleed, putting traction on broken limbs
23  that, sort of thing.
24          We were shown how to perform a tracheostomy,
25  if we had to, but told we hadn't been trained to do it,

Page 140

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of MASSAD F. AYOOB, having been duly sworn, on January 16, 2023, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of January, 2023.

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627

Ex. 4 - Dodd Decl.
Page 8 of 8