Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

_____

OREGON FIREARMS FEDERATION,       )
INC., et al.,                     )
                                  )
          Plaintiffs,             )
                                  ) Case Nos.
     v.                           ) 2:22-cv-01815-IM
                                  ) 3:22-cv-01859-IM
KATE BROWN, et al.,               ) 3:22-cv-01862-IM
                                  ) 3:22-CV-01869-IM
          Defendants.             )
_____    )
                                  )
                                  )
     (Continued)                  )
_____


              * VIDEOCONFERENCE *
   VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                  OF EXPERT
                CLAYTON CRAMER
_____


           Witness located in:

            Middleton, Idaho



   * All participants appeared via videoconference *




DATE TAKEN:  January 19, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
                   Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Page 2

1  _____

2         (Continued)                    )
                                          )
3  MARK FITZ, et al.,                     )
                                          )
4               Plaintiffs,               )
        v.                                )
5                                         )
   ELLEN F. ROSENBLUM, et al.,            )
6                                         )
                Defendants.               )
7  _____        )
   KATERINA B. EYRE, et al.,              )
8                                         )
                Plaintiffs,               )
9        v.                               )
                                          )
10 ELLEN F. ROSENBLUM, et al.,            )
                                          )
11              Defendants.               )
                                          )
12 _____        )
   DANIEL AZZOPARDI, et al.,              )
                                          )
13              Plaintiffs,               )
        v.                                )
14                                        )
   ELLEN F. ROSENBLUM, et al.,            )
15                                        )
                Defendants.               )
16 _____

17

18

19

20

21

22

23

24

25

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 2 of 9

Page 3

APPEARANCES

1

2

For Oregon Firearms Federation and the Witness:

3

                LEONARD WILLIAMSON
4               VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
5               Salem, OR 97302
                (503) 365-8800
6               L.williamson@vwllp.com

7

For the State of Oregon Defendants:

8

                ERIN DAWSON
9               HARRY WILSON
                MARKOWITZ HERBOLD
10              1455 SW Broadway, Suite 1900
                Portland, OR 97201
11              (503) 972-5076
                ErinDawson@markowitzherbold.com
12              HarryWilson@markowitzherbold.com

13

For the Proposed Intervenor-Defendant Oregon Alliance
14 for Gun Safety:

15              ZACHARY J. PEKELIS
                W. SCOTT FERRON
16              PACIFICA LAW GROUP
                1191 Second Avenue, Suite 2000
17              Seattle, WA 98101
                (206) 245-1700
18              Zach.Pekelis@PacificaLawGroup.com

19

Videographer:

20              CATHY ZAK
                BUELL REALTIME REPORTING
21              1325 Fourth Avenue, Suite 1840
                Seattle, WA 98101
22              (206) 287-9066
                Info@buellrealtime.com

23                      *   *   *   *   *

24

25

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 3 of 9

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                     Clayton Cramer

Page 87

1        Let's go ahead and take -- how long do you
2    think you'd like just to not feel pressured and be able
3    to run those numbers?
4                THE WITNESS:  I'd say about ten minutes.
5                MS. DAWSON:  Okay.
6        Let's go ahead and take a quick ten-minute
7    break, then.
8                THE VIDEOGRAPHER:  Going off the record.
9        The time is 11:15 a.m.
10                (Pause in the proceedings.)
11                THE VIDEOGRAPHER:  We are back on the
12    record.
13        The time is 11:19 a.m.
14    BY MS. DAWSON:
15        Q.  Mr. Cramer, during our break, did you have the
16    opportunity to calculate a total number for that chart
17    on page 20?
18        A.  Yes.  And you're right.  It is -- it is -- I'm
19    not sure exactly which query produced that data, but
20    it's clearly wrong.  I can tell you how many incidents
21    and dead there were by firearms before 1960 and how
22    many by non-firearm before 1960.
23        Q.  And can you explain to me when you say that
24    it's clearly wrong?
25        A.  Well, the query that I constructed to request

c7729379-a7ba-4d7b-a41b-460b439ff5d3
Ex. 6 - Dodd Decl.
Page 4 of 9

Page 106

1    although the general theme that a non-firearm

2    [indecipherable] is actually quite common in American

3    history --

4                    (Reporter clarification.)

5                    THE WITNESS:  That non-firearm mass

6    murders are actually quite common in American history,

7    they've become more common -- firearm mass murders have

8    become more common in the last century or so.  But

9    there's all sorts of horrible ways that people have

10   committed mass murder in American history without guns.

11   BY MR. PEKELIS:

12       Q.  Understood.

13           Would you want the court to rely on the data

14   in your declaration, Exhibit 11?

15       A.  Well, I can understand why they might be

16   reluctant to accept the data exactly as -- as it is

17   presented.  Although, some of the larger themes that

18   I'm presenting, the problem with the fact that mental

19   illness is a major factor in what causes these mass

20   murders is, I think, still a valid point.

21       Q.  Understood.

22           You mentioned when discussing your educational

23   backgrounds that you have a master's degree and a

24   bachelor's degree; is that right?

25       A.  Correct.

Page 88

1   this information for the database was clearly not

2   properly constructed.  I will say that I -- SQL

3   database queries can be sometimes rather confusing.

4   And I will not say that I'm quite as expert perhaps as

5   I need to be, but I at least have numbers that make

6   some sense now.

7       Q.  So we have the -- we have the chart here,

8   which it sounds like you agree is likely incorrect.  We

9   have the numbers on page 21.  And just so that I am

10  clear, what do those numbers represent in the first

11  paragraph on page 21 where it says "When grouped by

12  incidents..."?

13      A.  Incidents where only a non-firearm item was

14  marked.  Because I've added a few entries in the

15  last -- in the last few days, incidents before 1960,

16  the non-firearms incidents are now 3,812 dead, a total

17  of 807 incidents.  And the incidents by firearm are now

18  866 incidents, 3,740 dead.  It definitely changes

19  things a bit.

20      Q.  Okay.

21          And so if you flip to -- I'll take you to --

22  let me take a look at my page number.  For my own

23  information, when we're looking at your non-firearm

24  data, were there any instances or incidents in that

25  dataset where more than 50 people were killed?

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 165

1   numbers.  So...

2        A.  Okay.

3        All this information is stored in a database

4   under Microsoft Access.  A database is a fairly complex

5   set of relationships where you can -- you can produce

6   what are called queries where you say, Show me how many

7   incidents took place during this period of time.  Show

8   me how many incidents took place with this set of

9   information associated with them.  How many of these

10  incidents had a pistol involved?  How many of these

11  were family incidents?  How many of these were

12  robberies or rapes?

13       And the art of writing SQL queries is a little

14  more complicated than it first looks.  And while I've

15  taken classes in SQL in the past, I certainly have not

16  always -- I'm not necessarily always up to completely

17  doing a perfect job on these queries.  And I will

18  definitely be going back as a result of all of this and

19  be checking some of this data and verifying that I'm

20  actually getting correct results.

21       Q.  Okay.

22       And how long approximately would it take you

23  to redo that work and double-check them?

24       A.  Probably -- probably Monday or Tuesday at the

25  earliest.  I have to lure one of my friends in who is

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 7 of 9

Page 166

1   <u>an SQL expert to assist me to verify that -- the</u>

2   <u>accuracy of the results.</u>

3        Q.  And that might result in changes in some of

4   the conclusions you'd made in some of the other

5   paragraphs; is that correct?

6        A.  It would certainly result in changes in the --

7   in some of the data presented, and I suspect -- I'd be

8   surprised if it dramatically changed the conclusions

9   because the core issue is that mental illness appears

10  repeatedly in these mass murder incidents.  And

11  throughout the 19th century there was a very dramatic

12  increase in mass murder instances involving mental

13  illness, starting in the 1860 decade through 1909,

14  which I suspect may be related to PTSD by Civil War

15  soldiers.

16       I was surprised to find that 40 percent of the

17  US population, not 40 percent of the men, but 40

18  percent of the whole US population served during the

19  Civil War.

20       Q.  Do you think it would be a benefit for the

21  court if it were to hear your evidence to have the

22  chart on page 20 corrected and for you to correct your

23  declaration?

24       A.  I believe it probably would, yes.  It would

25  certainly make me feel less stupid.

c7729379-a7ba-4d7b-a41b-460b439ff5d3
Ex. 6 - Dodd Decl.
Page 8 of 9

Page 170

1                     C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF PIERCE

5

6          I, Tia Reidt, a Certified Court Reporter in and

7    for the State of Washington, do hereby certify that the

8    foregoing transcript of the deposition of CLAYTON

9    CRAMER, having been duly sworn, on January 19, 2023, is

10   true and accurate to the best of my knowledge, skill and

11   ability.

12         IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 26th day of January, 2023.

14

15

16                _____

17                /S/ Tia B. Reidt
                  Tia B. Reidt, RPR, CSR Oregon #22-0001
18                NOTARY PUBLIC, State of
                  Washington.
19                My commission expires
                  5/15/2026.

20

21

22

23

24

25