# Deposition of Massad F. Ayoob

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 16, 2023



**206.287.9066  |  800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

---

OREGON FIREARMS FEDERATION, )
INC., et al.,               )
                            )
            Plaintiffs,     ) Case Nos.
                            ) 2:22-cv-01815-IM
       v.                   ) 3:22-cv-01859-IM
                            ) 3:22-cv-01862-IM
KATE BROWN, et al.,         ) 3:22-CV-01869-IM
                            )
            Defendants.     )
_____ )
                            )
                            )
         (Continued)        )

---

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

MASSAD F. AYOOB

---

Witness located in:

Live Oak, Florida

\* All participants appeared via videoconference \*

DATE TAKEN:   January 16, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CCR 2798
                        Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 2

```
 1  _____
 2              (Continued)            )
                                       )
 3  MARK FITZ, et al.,                 )
                                       )
 4                  Plaintiffs,        )
          v.                           )
 5                                     )
    ELLEN F. ROSENBLUM, et al.,        )
 6                                     )
                    Defendants.        )
 7  _____   )
    KATERINA B. EYRE, et al.,          )
 8                                     )
                    Plaintiffs,        )
 9        v.                           )
                                       )
10  ELLEN F. ROSENBLUM, et al.,        )
                                       )
11                  Defendants.        )
    _____   )
12  DANIEL AZZOPARDI, et al.,          )
                                       )
13                  Plaintiffs,        )
          v.                           )
14                                     )
    ELLEN F. ROSENBLUM, et al.,        )
15                                     )
                    Defendants.        )
16                                     )
    _____
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 3

1                          APPEARANCES

2

  For the Plaintiffs:
3
                HANNAH HOFFMAN
4               HARRY WILSON
                MARKOWITZ HERBOLD
5               1455 SW Broadway, Suite 1900
                Portland, OR 97201
6               (503) 972-5076
                Hannahhoffman@markowitzherbold.com
7

8 For Fitz and Azzopardi plaintiffs:

9               JAMES L. BUCHAL
                MURPHY & BUCHAL, LLP
10              P.O. Bos 86620
                Portland, OR 97286
11              (503) 227-1011
                Jbuchal@mbllp.com
12

13 For the Proposed Intervenor-Defendant Oregon Alliance
   for Gun Safety:
14
                ZACHARY J. PEKELIS
15              PACIFICA LAW GROUP
                1191 Second Avenue, Suite 2000
16              Seattle, WA 98101
                (206) 245-1700
17              Zach.Pekelis@PacificaLawGroup.com

18
   For Oregon Firearms Federation:
19
                LEONARD WILLIAMSON
20              VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
21              Salem, OR 97302
                (503) 365-8800
22              L.williamson@vwllp.com

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 4

1                APPEARANCES CONTINUED

2   Videographer:

3                    JASON NEUERBURG
                     BUELL REALTIME REPORTING
4                    1325 Fourth Avenue, Suite 1840
                     Seattle, WA 98101
5                    (206) 287-9066
                     Info@buellrealtime.com
6

7   Also present:

8   Mr. Massad Ayoob's wife

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 1 - Wilson Decl.
Page 5 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                      Massad F. Ayoob

Page 5

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                            PAGE
 3   Ms. Hoffman                                   7
 4   Mr. Pekelis                                  85
 5   Mr. Williamson                              135
 6
 7                      EXHIBIT INDEX
 8
 9   EXHIBIT     DESCRIPTION                      PAGE
10   EXHIBIT 5   Declaration of Massad Ayoob.       17
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Wilson Decl.
Page 6 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 60

BY MS. HOFFMAN:

Q. Mr. Honeycutt is the next paragraph. I was asking about the South Carolina gun store owner.

A. Okay.

That one is also -- he's not one that I interviewed, and that was from a WIS TV dated August 9th, 2012.

Q. So the citations you gave me are also in your declaration, and they're news stories. How did you find those news stories?

A. Wow. I don't know -- I don't recall whether I got those from attorneys or, you know, when you're in my business, people are always sending you links to this, that, and the other news story that either supports or opposes your position.

So I honestly don't recall. It may have come simply from a Google search.

Q. Did you ever interview either the Baltimore man or the South Carolina gun store owner?

A. Not those two, no.

Q. Do you know their names?

A. I do not. Not off the top of my head. I'm sure we could look -- (inaudible Zoom audio.)

(Reporter clarification.)

THE WITNESS: I said I do not know them

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Wilson Decl.
Page 7 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Case 3:22-cv-01869-IM   Document 129-1   Filed 05/15/23   Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Massad F. Ayoob

Page 73

1  of larger revolvers with six rounds and semiautomatic
2  pistols with higher capacity.
3      Q.  Thanks.
4          Stepping back to the bigger picture a little
5  bit, when you were putting your declaration together,
6  how did you select the examples that you reference in
7  here?
8      A.  Just as they came to me, really.
9      Q.  What do you mean as they came to you?
10     A.  Well, the question is where are situations --
11 what situations can you think of where someone needed
12 more than 10 rounds, and as they occurred to me, they
13 point out --
14     Q.  So as they came to mind?  As -- as they came
15 to your mind?
16     A.  Correct.  Correct.  There was some that I had
17 written about before, so they were the ones that --
18 (inaudible Zoom audio.)
19              (Reporter clarification.)
20              THE WITNESS:  They were the ones I had
21 written about in the past, so they were the ones that
22 occurred to me.
23 BY MS. HOFFMAN:
24     Q.  And in total, how many incidents do you cite
25 in this declaration?

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 1 - Wilson Decl.
Page 8 of 9
492877f8-20cf-4df5-986a-2e6907f00627

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                              Massad F. Ayoob

Page 140

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of MASSAD F. AYOOB, having been duly sworn, on January 16, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of January, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989