Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) — Robert J. Spitzer

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| | ) |
| TINA KOTEK, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| | ) |
| (Continued) | ) Civil No. |
| | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |
| | ) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

ROBERT J. SPITZER

_____

Witness located in:

Williamsburg, Virginia

* All participants appeared via videoconference *

DATE TAKEN:   April 5, 2023
REPORTED BY: Tia B. Reidt, Washington RPR, CCR #2798
             Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 1 of 6
236489c1-6606-4839-96a8-7868dcb09163

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Robert J. Spitzer

Page 2

```
 1  _____
 2    (continued)                              )
                                               )
 3    MARK FITZ, et al.,                       )
                                               )
 4                    Plaintiffs,              )
              v.                               )
 5                                             )
      ELLEN F. ROSENBLUM, et al.,              )
 6                                             )
                      Defendants.              )
 7   _____            )
                                               )
 8    KATERINA B. EYRE, et al.,                )
                                               )
 9                    Plaintiffs,              )
                                               )
10            v.                               )
                                               )
11    ELLEN F. ROSENBLUM, et al.,              )
                                               )
12                    Defendants.              )
     _____            )
13    DANIEL AZZOPARDI, et al.,                )
                                               )
14                    Plaintiffs,              )
              v.                               )
15                                             )
      ELLEN F. ROSENBLUM, et al.,              )
16                                             )
                      Defendants.              )
17                                             )
    _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 2 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01869-IM   Document 132-2   Filed 05/15/23   Page 3 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 3

```
 1                      APPEARANCES
 2
     For Oregon Firearms Federation:
 3
                 LEONARD WILLIAMSON
 4               VAN NESS WILLIAMSON
                 960 Liberty Street SE, Suite 100
 5               Salem, OR 97302
                 (503) 365-8800
 6               L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                 ANIT JINDAL
 9               MARKOWITZ HERBOLD
                 1455 SW Broadway, Suite 1900
10               Portland, OR 97201
                 (503) 972-5076
11               AnitJindal@markowitzherbold.com
12
13
14                      *   *   *   *   *
15
16
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 3 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01869-IM   Document 132-2   Filed 05/15/23   Page 4 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 4

```
1                    EXAMINATION INDEX
2    EXAMINATION BY:                          PAGE
3    Mr. Williamson                           5
4
5                      EXHIBIT INDEX
6
     EXHIBIT      DESCRIPTION                      PAGE
7
     EXHIBIT 89   Declaration of Robert J. Spitzer.  10
8
     EXHIBIT 90   National Firearms Act, Hearings    40
9                 before the Committee on Ways and
                  Means House of Representatives,
10                Seventy-Third Congress, Second
                  Session on H.R. 9066, April 16,
11                18, and May 14, 15, and 16, 1934.

12   EXHIBIT 92   The Hill article titled "What our  63
                  past tells us about young people
13                and guns" dated 3/28/23.
14
15
16
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Case 3:22-cv-01869-IM    Document 132-2    Filed 05/15/23    Page 5 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                               Robert J. Spitzer

Page 12

1   includes historical gun laws. Two of those books
2   utilize and draw on historical gun law information for
3   their analysis.
4          It is an approach I have taken in other areas
5   of study aside from the subject of gun policy. That is
6   to say looking at legal history, looking at the
7   Constitution, looking at founding debates, founding
8   documents, statutory law, case law historically. It's
9   an approach I have used for other areas of study aside
10  from this policy area.
11         And within the realm of political science, I'm
12  a trained political science -- that's what my degree is
13  in. The utilization of history is an important part of
14  what political science does, and history and political
15  science are very closely related in any event. And
16  part of the -- a subfield of political science is
17  called American political development or APD. And I'm
18  someone who identifies with that field of study, which
19  includes looking at history from various perspectives,
20  but to inform and understand American political
21  development and modern public policy and the State.
22      Q. Is there anything else about your professional
23  history that you want to highlight other than what you
24  just covered that would be relevant to rendering this
25  opinion?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 5 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01869-IM   Document 132-2   Filed 05/15/23   Page 6 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                   Robert J. Spitzer

Page 71

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

     I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of ROBERT J. SPITZER, having been duly sworn, on April 5, 2023, is true and accurate to the best of my knowledge, skill and ability.  Reading and signing was requested pursuant to FRCP Rule 30(e).

     IN WITNESS WHEREOF, I have hereunto set my hand and seal this 11th day of April, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (Spitzer Depo.)
Page 6 of 6
236489c1-6606-4839-96a8-7868dcb09163