# National Park Service





# Manual for the Safe Use of Reproduction Flintlock Weapons in Historic Weapons Demonstrations

03.30.2023
Baron
**29**
Buell Realtime Reporting

Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 1 of 10

B.     LIST OF REQUIRED MOTIONS

| FIRING MOTIONS | HANDLING MOTIONS |
|---|---|
| RECOVER ARMS | ORDER - - FIRELOCK |
| HANDLE - - CARTRIDGE | GROUND - - FIRELOCK |
| PRIME | TAKE UP - - FIRELOCK |
| SHUT - - PAN | SECURE - - FIRELOCK |
| CHARGE WITH CARTRIDGE | FIX - - BAYONET |
| DRAW - - RAMMER | CHARGE BAYONET |
| RAM DOWN - - CARTRIDGE | UNFIX - - BAYONET |
| RETURN - - RAMMER | ADVANCE - - ARMS |
| SHOULDER - - FIRELOCK | SUPPORT - - ARMS |
| POISE - - FIRELOCK | TRAIL - - ARMS |
| COCK--FIRELOCK | INSPECTION ARMS |
| TAKE AIM | |
| FIRE | |
| HALFCOCK - - FIRELOCK | |
| PRIME AND LOAD | |

15

Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 2 of 10

FIRINGS



NOTE – The Manual Exercise prescribes that the musket is already loaded; therefore, a command is needed to launch the loading sequence. The command, *RECOVER - - FIRELOCK*, has been chosen and should be executed as noted below starting from the position of *SHOULDER- - FIRELOCK*. Prior to executing the loading sequence, ensure the firelock is at half cock!

Recover Firelock!

*The right hand grasps the wrist of the musket (1), bringing the musket across the body, catching the swell of the musket in the left hand. The muzzle is at hat or eye level and the lock is under the right breast. The right foot is placed behind the left, turning the body slightly to the right ( 2 and 2a).*

  

30

Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 3 of 10

Open Pan!

*The steel or hammer is pushed forward with the right thumb.*




Handle Cartridge!

*Reach back with the right hand and slap the cartridge box lid and open the flap (1). One cartridge is removed, and torn open with the teeth (2). The opened cartridge is pinched shut between thumb and forefinger and held under the chin (3).*





Prime!

*Powder is poured from the cartridge into the pan (1). The cartridge is pinched shut again between thumb and forefinger; the other three fingers are placed upon the front of the steel (2).*




31

**Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 4 of 10**

Shut Pan!

*The pan is closed by moving the right arm backwards (1). The musket is 'cast about', the butt placed on the ground in front of the left foot (2). The right hand holding the cartridge is kept near the barrel, below the muzzle (3).*





Charge with Cartridge!

*The powder from the cartridge is poured down the barrel, using only thumb and forefinger (1 & 2). The paper is inserted into the barrel once the powder has been poured.*




32

**Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 5 of 10**

Draw Rammer!

*Using thumb and forefinger of the right hand, the rammer is withdrawn from the pipes (1). The rammer is twirled to bring the head toward the muzzle.(2). The rammer is held with the head below the muzzle. (3)*

  

Ram Down Cartridge!

*Using thumb and forefinger only, the rammer head is inserted into the muzzle of the musket (1). The cartridge is pushed downward, minimizing exposure of the hand over the muzzle (2), ending with the hand clear of the muzzle.(3). Using thumb and forefinger, the rammer is withdrawn, reversed and started back into the pipes (4).*

   

33

**Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)**
**Page 6 of 10**

Return Rammer!

*Using the pinkie of the right hand slide the rammer fully into the pipes (1 & 2). Grasping the musket at the swell, it is picked up with the left hand until the elbow is bent; the right hand grasps the musket at the wrist (3). The right foot is brought forward, in line with the left.*

  

Shoulder Firelock!

*The left hand is brought down to the butt (1); the right hand is brought back to the right side(2).*

 

34

Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 7 of 10

Poise Firelock!

*The musket is turned so the lock faces away from the demonstrator, and the right hand clasps the wrist (1). The musket is brought upright before the face, the right hand grasps the musket just above the lock with the pinkie touching the feather spring (2 & 3).*

  

Cock Firelock!

*The musket is turned so the trigger guard faces away from the demonstrator (1), and the right thumb is used to pull the cock or hammer to full cock (2). The hammer stall is removed (3).*

  

35

**Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)**
**Page 8 of 10**

Take Aim!

The musket is leveled, the butt against the right shoulder, the right foot back a half pace(1), the finger is outside the trigger guard (2).

 

Fire!

The finger is placed upon the trigger (1). Pull trigger (2). When the musket has fired, it is brought down to the position of "recover firelock". (3).

  

Half Cock Firelock!



The top jaw screw hammer is grasped with the right hand by the thumb and forefinger-thumb forward. The right arm is moved backwards until the half cock is engaged. From this position, the loading and firing sequence may be resumed with "Handle cartridge", or the musket brought to the position of "Shoulder firelock".

36

Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)
Page 9 of 10

PRIME AND LOAD! (Fifteen Motions)

1, 2 & 3.     Recover Firelock.

4.            Handle cartridge.

5.            Prime.

6.            Shut pan.

7.            Cast about.

8 & 9.        Load.

10 & 11.      Draw rammer.

12.           Ram down cartridge.

13.           Return rammer.

14 & 15.      Shoulder.

*Note: The motion of recover, coming down to the priming position, and opening the pan, to be done in the usual time. The motions of handling the cartridge to shutting the pan to be done as quick as possible. When the pans are shut, make a small pause and cast about together. Then the loading and shouldering motions are to be done as quick as possible. This should not be attempted until you are competent in the exercise in normal time.*

## Position of Each Rank in the Firing

FRONT RANK!   MAKE READY! (One Motion)

Spring the firelock briskly to a recover.  As soon as the left hand seizes the firelock above the lock, the right elbow is to be nimbly raised a little, placing the thumb of that hand upon the cock, the fingers open by the plate of the lock, and as quick as possible cock the piece, by dropping the elbow, and forcing down the cock with the thumb, immediately seizing the firelock with the right hand, close under the lock. The piece is to be held in this manner perpendicular, the lock facing to the front, opposite the left side of the face (not held in close to the body), the body kept straight and as full to the front as possible, and the head held up, looking well to the right.

TAKE AIM!   FIRE!

As before explained.

REAR RANK!   MAKE READY!   (One Motion)

Recover and cock as before directed, at the same time stepping about six inches to the right, so as to place yourself opposite the interval of the front rank.

TAKE AIM!   FIRE!

As before explained.

37

**Exhibit 8 - Lindsay Decl. (Baron Depo. Ex. 29)**
**Page 10 of 10**