Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)* |
| Plaintiffs, | Case No. 3:22-cv-01859-IM *(Trailing Case)* |
| v. | Case No. 3:22-cv-01862-IM *(Trailing Case)* |
| TINA KOTEK, et al., | Case No. 3:22-cv-01869-IM *(Trailing Case)* |
| Defendants. | |

CONSOLIDATED CASES

MARK FITZ, et al.,
Plaintiffs,
v.
ELLEN F. ROSENBLUM, et al.,
Defendants.

**DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS**

KATERINA B. EYRE, et al.,
Plaintiffs,
v.
ELLEN F. ROSENBLUM, et al.,
Defendants.

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS

1

DANIEL AZZOPARDI, et al.,

                                          Plaintiffs,

          v.

ELLEN F. ROSENBLUM, et al.,

                                          Defendants.

I, Shawn M. Lindsay, declare as follows:

1.        I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.        Attached as **Exhibit 1** is a true and accurate excerpt of the Defendants' Response to Plaintiffs' First Set of Requests for Admission dated April 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 17, 2023

                                        JURISLAW LLP

                                        s/Shawn M. Lindsay
                                        Shawn M. Lindsay (OSB No.: 020695)
                                        Three Centerpointe Drive
                                        Suite 160
                                        Lake Oswego, OR 97035
                                        (503) 968-1475
                                        shawn@jurislawyer.com
                                        *Counsel for Eyre Plaintiffs*

DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF                    2
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO
DISMISS