James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:  503-227-1011

Derek Angus Lee, OSB No. 213139
Email: angus@angusleelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA  98665
Tel:  360-635-6464

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

*Attorneys for Plaintiffs Azzopardi et al.*

THE HONORABLE KARIN J. IMMERGUT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01815-IM (Lead Case)<br>3:22-cv-01859-IM (Trailing Case)<br>3:22-cv-01862-IM (Trailing Case)<br>3:22-cv-01869-IM (Trailing Case)<br><br>**THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT** |

---

MARK FITZ, *et al.*,

                    Plaintiffs,

                    v.

ELLEN F. ROSENBLUM, *et al.,*

                    Defendants.

---

KATERINA B. EYRE, *et al.*,

                    Plaintiffs,

                    v.

ELLEN F. ROSENBLUM, *et al.,*

                    Defendants,

                    and

OREGON ALLIANCE FOR GUN SAFETY,

                    Intervenor-Defendant.

---

DANIEL AZZOPARDI, *et al.*,

                    Plaintiffs,

                    v.

ELLEN F. ROSENBLUM, *et al.*,

                    Defendants.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that on May 8, 2023, the *Azzopardi* plaintiffs in Trailing Case No. 3:22-cv-01869-IM, filed their First Amended Complaint (Doc. 112).  A true copy of the Amended Complaint is submitted herewith.

THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT

Dated:  May 18, 2023.                    Respectfully submitted,


                                         _s/  James L. Buchal_
                                         James L. Buchal, OSB No. 921618
                                         E-mail:  jbuchal@mbllp.com
                                         MURPHY & BUCHAL LLP
                                         P.O. Box 86620
                                         Portland, OR  97286

                                         Derek Angus Lee, OSB No. 213139
                                         Email: angus@angusleelaw.com
                                         ANGUS LEE LAW FIRM, PLLC
                                         9105a NE Hwy 99, Ste. 200
                                         Vancouver, WA  98665

                                         William Sack, Pro Hac Vice
                                         Email: Wsack@FPClaw.org
                                         FIREARMS POLICY COALITION, INC.
                                         5550 Painted Mirage Road, Suite 320
                                         Las Vegas, NV 89149

                                         Adam Kraut, Pro Hac Vice
                                         Email: akraut@saf.org
                                         SECOND AMENDMENT FOUNDATION
                                         12500 NE Tenth Place
                                         Bellevue, WA 98005

                                         *Attorneys for Plaintiffs Azzopardi et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, the foregoing **THE *AZZOPARDI* PLAINTIFFS'**

**NOTICE OF FILING FIRST AMENDED COMPLAINT** will be electronically mailed to all

parties enrolled to receive such notice in lead case no. 2:22-cv-01815-IM and in the trailing

consolidated case nos. Case No. 3:22-cv-01859-IM, 3:22-cv-01862-IM, and 3:22-cv-01869-IM.

> *s/  James L. Buchal*
> James L. Buchal, OSB No. 921618
> *Attorney for Plaintiffs Azzopardi et al.*

THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT