Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                           Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| KATE BROWN, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) |

_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY

_____

Witness located in:
Berkeley, California


\* All participants appeared via videoconference \*


DATE TAKEN:    March 14, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CCR 2798
              Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 1 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01869-IM   Document 161-2   Filed 05/22/23   Page 2 of 6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                              Brian DeLay

Page 2

```
 1  _____
 2   (continued)                          )
                                          )
 3   MARK FITZ, et al.,                   )
                                          )
 4              Plaintiffs,               )
          v.                              )
 5                                        )
     ELLEN F. ROSENBLUM, et al.,          )
 6                                        )
                Defendants.               )
 7   _____        )
                                          )
 8   KATERINA B. EYRE, et al.,            )
                                          )
 9              Plaintiffs,               )
                                          )
10        v.                              )
                                          )
11   ELLEN F. ROSENBLUM, et al.,          )
                                          )
12              Defendants.               )
     _____        )
13   DANIEL AZZOPARDI, et al.,            )
                                          )
14              Plaintiffs,               )
          v.                              )
15                                        )
     ELLEN F. ROSENBLUM, et al.,          )
16                                        )
                Defendants.               )
17  _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 2 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01869-IM   Document 161-2   Filed 05/22/23   Page 3 of 6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 3

```
 1                    APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8            HANNAH HOFFMAN
              ERIN DAWSON
 9            MARKOWITZ HERBOLD
              1455 SW Broadway, Suite 1900
10            Portland, OR 97201
              (503) 972-5076
11            HannahHoffman@markowitzherbold.com

12
     Videographer:
13
              MICHAEL TAKOS
14            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
15            Seattle, WA 98101
              (206) 287-9066
16            Info@buellrealtime.com

17

18                  *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 3 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 18

1   I'm not a hundred percent sure about that.
2   BY MR. WILLIAMSON:
3       Q.  And do you own these merely as examples or do
4   you shoot them?
5       A.  I shoot them.
6       Q.  In terms of your own personal research into
7   firearms, do you go to, for example, gun shows or
8   museums where these things are displayed or is it
9   mostly by book?
10      A.  Well, most of my work is with documents and
11  books.  But I certainly do go to museums and have, you
12  know, learned that way as well.
13      Q.  Which museums have you attended?
14      A.  Well, the Cody Firearms Museum, for example,
15  where I both got to enjoy the museum as a patron.  They
16  have a really remarkable collection and work in the
17  archive there as a researcher.
18      Q.  Any other firearms museums?
19      A.  Well, collections in other museums.  So the
20  Met, for example, has a remarkable collection of arms
21  and armor, including firearms.  The British Museum,
22  where I did work in -- I did work in London, research
23  in London for six or seven months.  I often went to the
24  British Museum and spent time in their firearms
25  collection just as a patron.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 4 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01869-IM   Document 161-2   Filed 05/22/23   Page 5 of 6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                      Brian DeLay

Page 66

1  encompass the colonies as well.
2      Q.  Would it include Europe --
3      A.  Yes.
4      Q.  -- that statement?
5          Okay.
6      A.  That's right.
7      Q.  Earlier, you mentioned -- maybe I am
8  misstating this, but you did some research at the Cody
9  Museum; is that correct?
10     A.  That's correct.
11     Q.  So it was just not -- you weren't there just
12 for a visit.  You were doing some primary research?
13     A.  Yeah.  There is a library and archive there
14 that -- at least I think it still is.  At the time, it
15 was called the McCracken Research Library.  And the
16 McCracken Research Library has -- among many other
17 amazing collections, they have the Winchester Repeating
18 Arms Company archive.
19     Q.  Okay.
20         Are you familiar with a book called "The Guns
21 of John Moses Browning" by Nathan Gorenstein?
22     A.  No, I'm not.
23     Q.  Did Browning do work for Winchester, do you
24 recall?
25     A.  I don't recall.  I'm sorry.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 5 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                          Brian DeLay

Page 68

1                    C E R T I F I C A T E

2

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

5

6         I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of Brian DeLay,
9  having been duly sworn, on March 14, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11        IN WITNESS WHEREOF, I have hereunto set my hand
12 and seal this 17th day of March, 2023.

15 _____

16        /S/ Tia B. Reidt
          Tia B. Reidt, # 22-0001
17        NOTARY PUBLIC, State of
          Washington.
18        My commission expires
          5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989