Case 3:22-cv-01869-IM   Document 163-6   Filed 05/22/23   Page 1 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, | )Civil No. )2:22-cv-01815-IM |
| v. | )(Lead Case) ) |
| KATE BROWN, et al., | )Civil No. )3:22-cv-01859-IM |
| Defendants. | )(Trailing Case) ) |
| | )Civil No. |
| (Continued) | )3:22-cv-01862-IM )(Trailing Case) ) |
| | )Civil No. )3:22-cv-01869-IM )(Trailing Case) |

_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY

_____

Witness located in:
Berkeley, California


\* All participants appeared via videoconference \*


DATE TAKEN:   March 14, 2023

REPORTED BY: Tia B. Reidt, Washington RPR, CCR 2798
                              Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 1 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                          Brian DeLay

Page 2

```
1   _____
2    (continued)                        )
                                        )
3    MARK FITZ, et al.,                 )
                                        )
4              Plaintiffs,              )
         v.                             )
5                                       )
     ELLEN F. ROSENBLUM, et al.,        )
6                                       )
               Defendants.              )
7    _____    )
                                        )
8    KATERINA B. EYRE, et al.,          )
                                        )
9              Plaintiffs,              )
                                        )
10       v.                             )
                                        )
11   ELLEN F. ROSENBLUM, et al.,        )
                                        )
12             Defendants.              )
     _____    )
13   DANIEL AZZOPARDI, et al.,          )
                                        )
14             Plaintiffs,              )
         v.                             )
15                                      )
     ELLEN F. ROSENBLUM, et al.,        )
16                                      )
               Defendants.              )
17  _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 2 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                      Brian DeLay

Page 3

```
 1                      APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6
     For the State of Oregon Defendants:
 7
              HANNAH HOFFMAN
 8            ERIN DAWSON
              MARKOWITZ HERBOLD
 9            1455 SW Broadway, Suite 1900
              Portland, OR 97201
10            (503) 972-5076
              HannahHoffman@markowitzherbold.com
11

12   Videographer:

13            MICHAEL TAKOS
              BUELL REALTIME REPORTING
14            1325 Fourth Avenue, Suite 1840
              Seattle, WA 98101
15            (206) 287-9066
              Info@buellrealtime.com
16

17
                      *   *   *   *   *
18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 3 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01869-IM   Document 163-6   Filed 05/22/23   Page 4 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 46

1       A.   Okay.
2       Q.   There's a -- kind of in the middle of the
3   page, there's a blue box that says "Box Number 3."
4            Do you see that?
5       A.   I do.
6       Q.   And about halfway down the page, they make
7   reference to the National Shooting Sports Foundation.
8       A.   I see that.
9       Q.   ==And it seems that Mr. Karp is using or relying==
10  ==on data from the National Shooting Sports Foundation.==
11      ==A.   That's what it seems.==
12      ==Q.   Okay.==
13           ==Any reason to distrust that data?==
14      ==A.   Not to my knowledge.==
15      Q.   Okay.
16           So if we could switch back to your tweets in
17  Exhibit Number 3, please.
18           And if we could turn to page number 6.
19      A.   Okay.
20      Q.   In about the middle of the page, you're
21  discussing in your tweet how criminals obtain firearms.
22      A.   I --
23      Q.   Okay.
24           And you included a link to an article entitled
25  "How dangerous people get their guns."

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 4 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                Brian DeLay

Page 68

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of Brian DeLay, having been duly sworn, on March 14, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 17th day of March, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, # 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 6 - Lindsay Decl. (DeLay Depo.)
Page 5 of 5
61edbad1-e689-4bba-b2dc-771242daf575