Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)* |
| Plaintiffs, | Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)* |
| v. | |
| TINA KOTEK, et al., | CONSOLIDATED CASES |
| Defendants, | **FOURTH AMENDED JOINT EXHIBIT** |
| and | **LIST** |
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| MARK FITZ, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| KATERINA B. EYRE, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| and | |
| OREGON ALLIANCE FOR GUN SAFETY, | |

|  | Intervenor-Defendant. |
| --- | --- |
| DANIEL AZZOPARDI, et al., | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| | Defendants. |

The parties submit the following fourth amended joint exhibit list. This list only includes trial exhibits admitted into evidence. Withdrawn and excluded exhibits are referenced in earlier versions of this joint list. Legislative fact exhibits are listed separately.

| PLAINTIFFS' EXHIBITS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 1. | Text of Measure 114 (Plaintiffs' Dep. Ex. 7) | All purposes | | | | X |
| 2. | Patent No. 27,393 (1860) | All purposes | | | 6/5 6/7 | X |
| 3. | Patent No. 30,446 (1860) | All purposes | | | 6/5 6/7 | X |
| 4. | News from Washington, The New York Times (1864) | All purposes | | | 6/7 | X |
| 5. | Patent No. 55,012 (1866) | All purposes | | | 6/7 | X |
| 6. | Patent No. 57,808 (1866) | All purposes | | | 6/5 6/7 | X |

[1] All parties stipulate to the authenticity of all exhibits unless stated otherwise in the Objections.

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 7. | Hearings Before the Committee on Ways and Means House of Representatives, 73rd Congress, H.R. 9066 (1934) | All purposes | | | 6/9 | X |
| 8. | Rebels & Loyalists: The Revolutionary Soldier in Philadelphia, Katcher (1976) (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 33. | Firearm Production in the United States, NSSF (2020) (may be offered as learned treatise under FRE 803(18)) | | FRE 802 (hearsay) | | 6/6 6/8 | X |
| 34. | 2018 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | All Purposes | | | | X |
| 35. | 2019 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | All Purposes | | | | X |
| 36. | 2020 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | All Purposes | | | | X |
| 37. | 2021 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | All Purposes | | | | X |
| 42. | Firearms Commerce in the United States, Annual Statistical Update 2021, US DOJ, US ATF | All Purposes | | | | X |

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 56. | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) Ex. 7 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)[2] 00242-249 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 57. | Pages 33-36 of NRA Guide to the Basics of Pistol Shooting (2d ed. 2009) Ex. 8 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00250-255 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 58. | Pages 22-36 of John Malloy, Complete Guide to Guns & Shooting (DBI Books, Inc. 1995) Ex. 9 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00256-273 | All Purposes | | | | X |
| 59. | Pages 95-99 of John Malloy, Complete Guide to Guns & Shooting (DBI Books, Inc. 1995) Ex. 10 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00281-288 | All Purposes | | | 6/5 | X |

[2] Exhibits to the Declaration of Anna K. Barvir in Support of Plaintiffs' Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, *Virginia Duncan, et al. v. Xavier Becerra, et al.*, Case No. 3:17-cv-01017- BEN-JLB, ECF 50-8, et seq. (USDC-SD CA Mar. 5, 2018).

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 61. | Pages 168-70 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 13 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00334-339 | All purposes | | | | X |
| 62. | 16-Shot Wheel Lock, Am.'s 1st Freedom (May 10, 2014) Ex. 14 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)00340-342 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 65. | Ex. 18 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) Pages 69-70 of John Plaster, The History of Sniping and Sharpshooting (2008) Ex. 17 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00386-390 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 67. | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle Ex. 20 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00402-405 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |

| \multicolumn{8}{c}{**PLAINTIFFS' EXHIBITS**} | | | | | | | |

| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| 68. | Page 683 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 21 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00406-409 | All Purposes | | | | X |
| 69. | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) Ex. 22 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00410-413 (Photos only) | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 70. | Pages 16, 148-49 and 167 of Jack Dunlap, American British and Continental Pepperbox Firearms (1964) Ex. 23 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00414-420 | All purposes | | | | X |
| 71. | Pages 249-50 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 24 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00421-425 | All Purposes | | | | X |

| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **PLAINTIFFS' EXHIBITS** | | | | | |
| 73. | Pages 711, 713, and 716 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 26 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00429-434 | All Purposes | | | | X |
| 74. | Pages 9-17, 19-44 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) Ex. 27 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00442-479 | All Purposes | | | | X |
| 75. | Pages 303-06 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 28 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00480-486 | All Purposes | | | 6/5 | X |
| 77. | Page 49 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) Ex. 30 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00498-501 | All purposes | | | | X |

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 78. | Pages 11 and 22-35 of R.L. Wilson, Winchester: An American Legend (1991) Ex. 31 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00509-526 | All purposes | | | | X |
| 79. | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, Firearms of the American West (1985) Ex. 32 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00527-543 | All purposes | | | 6/5 | X |
| 80. | Pages 307-12 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 33 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00551-559 | All Purposes | | | | X |
| 81. | Pages 137, 1240-41 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 34 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00560-565 | All Purposes | | | | X |

| \| | | PLAINTIFFS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 83. | Pages 122-23 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 36 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00571-575 | All Purposes | | | 6/5 | X |
| 84. | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 37 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00576-594 | All Purposes | | | | X |
| 85. | Pages 708-09 of the 2014 Standard Catalog of Firearms Ex. 38 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00595-599 | All Purposes | | | | X |
| 86. | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol (1967) Ex. 39 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00600-611 | All Purposes | | | 6/5 | X |

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 88. | Pages 191-92 of Jim Perkins, American Boys Rifles 1890-1945 (1976) Ex. 41 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00625-629 | All Purposes | | | | X |
| 89. | Page 84 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 42 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00630-633 | All Purposes | | | | X |
| 91. | Page 294 of Gun Digest 24th Anniversary Deluxe Edition (John T. Amber ed. 1969) Ex. 44 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00645-648 | All Purposes | | | | X |
| 92. | Page 1102 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 45 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00649-652 | All Purposes | | | | X |

| | PLAINTIFFS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 93. | Page 1173 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013)<br>Ex. 46 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00653-656 | All Purposes | | | | X |
| 94. | Pages 182-83, 432-33 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013)<br>Ex. 47 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00657-663 | All Purposes | | | | X |
| 95. | Pages 464-65 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013)<br>Ex. 48 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00664-668 | All Purposes | | | | X |
| 96. | Pages 72-73 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol (1967)<br>Ex. 49 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00669-677 | All Purposes | | | | X |

| PLAINTIFFS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 97. | Page 121 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) <br> Ex. 50 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) <br> 00678-681 | All Purposes | | | | X |
| 98. | Page 184 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) <br> Ex. 51 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) <br> 00682-685 | All Purposes | | | | X |
| 99. | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from Gun Digest 2017 (Jerry Lee ed., 71st ed. 2016) <br> Ex. 52 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) <br> 00693-736, 00744-747 | All Purposes | | | | X |
| 101. | Pages 73-97 of The Complete Book of Autopistols: 2013 Buyer's Guide (2013) <br> Ex. 54 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) <br> 00775-800 | All Purposes | | | | X |

| No. | Description | Stipulated[1] | Defendants' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| **PLAINTIFFS' EXHIBITS** | | | | | | |
| 117. | Video demonstration of changing magazine, Massad Ayoob | All purposes (subject to *Daubert* ruling) | | | 5/30 | X |
| 120. | Make Model Sold in Oregon -PDF OREGON015644 | All purposes | | | | X |
| 121. | Make Model Sold in Oregon - XLS OREGON015644 | All purposes | | | | X |
| 122. | Make Model Sold in Oregon - Pivot Tables (derived from OREGON015644) | All purposes | | | | X |
| 183. | Defendants' **Amended** Responses to Plaintiffs' Interrogatories | All purposes | | | | |
| 194. | Curriculum Vitae of Massad Ayoob (Exhibit 1 to ECF 73) | FRE 104 | | | 5/30 | X |
| 196. | Curriculum Vitae of Ashley Hlebinsky (Exhibit 1 to ECF 72) | FRE 104 | | | 6/5 | X |
| 197. | Curriculum Vitae of Mark Hanish (ECF 80 pp. 4-7) | FRE 104 | | | 6/5 | X |
| 198. | Curriculum Vitae of Gary Kleck (Exhibit 1 to ECF 76) | FRE 104 | | | 6/8 | X |

| | | | DEFENDANTS' EXHIBITS | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 502 | Carrick, Michael. Meriwether Lewis's Air Gun, Michael F. Carrick, We Proceeded On, Lewis and Clark Trail Heritage Foundation (Nov. 2002), p. 15 (Carrick Decl. Ex. 2) | All Purposes | | | | X |
| 503 | Recreation of an Austrian Girardoni system accoutrements bag, including bullet mold, air pump, spare air flasks, wrenches and ladle, available at https://en.wikipedia.org/wiki/Girardoni_air_rifle#/media/File:Austrian_Girandoni_system_Accouterments_Bag.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 504 | Girardoni Air Gun (original 1780 example) Video, Forgotten Weapons, available at https://www.youtube.com/watch?v=2dZLeEUE940 | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 509 | *U.S. v. Earnest*, United States District Court, Southern District of California, No. 3-19-cr-1850-AJB, Change of Plea Transcript (Sept. 17, 2021) | | FRE 802 (hearsay); FRE 402 (relevance) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 535 | Curriculum Vitae of Lucy Allen[3] | FRE 104 | | | 6/7 | X |

---

[3] Plaintiffs filed motions to exclude expert testimony under *Daubert* and Federal Rule of Evidence 702. If granted, these motions would affect the admissibility of a substantial portions of Defendants' and Intervenor's exhibits.

| DEFENDANTS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 536 | Allen Declaration Table (p. 8). Number of Shots Fired in Self-Defense Based on NRA Armed Citizen Incidents in the United States, January 2011 - May 2017 | FRE 703 | FRE 802 (hearsay) MIL 2 (*DENIED*) | | 6/7 | X |
| 537 | Allen Declaration Table (p. 13). Number of Shots Fired in Self-Defense in the Home Based on Random Selection of Articles from Factiva, January 2011 - May 2017 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/7 | X |
| 538 | Allen Declaration Table (p. 18). Numbers of Fatalities and Injuries in Public Mass Shootings, 1982 - October 2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/7 | X |
| 540 | Allen Declaration Ex. B. Public Mass Shootings Data, 1982 - October 2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/7 | X |
| 541 | Allen Declaration Table (p. 12). Average Number of News Stories by Number of Shots Fired in Factiva Stories on Incidents of Self-Defense with a Firearm, January 2011 | FRE 703 | FRE 802 (hearsay) MIL 2 (*DENIED*) | | 6/7 | X |
| 544 | Curriculum Vitae of Brian DeLay | FRE 104 | | | 6/6 | X |
| 545 | April 18, 1806, entry by Meriwether Lewis, Journals of the Lewis & Clark Expedition, available at https://lewisandclarkjournals. unl.edu/item/lc.jrn.1806-04-18#lc.jrn.1806-04-18.01 | All Purposes | | | | X |

FOURTH AMENDED JOINT EXHIBIT LIST                                    15

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 546 | August 30, 1803, entry by Meriwether Lewis, Journals of the Lewis & Clark Expedition, available at https://lewisandclarkjournals.unl.edu/item/lc.mult.1803-08-30kloefkorn | All Purposes | | | | X |
| 547 | Mauser Model 712 "Schnellfeuer" Machine Pistol image on the NRA Museums Website, available at https://www.nramuseum.org/guns/the-galleries/wwii,-korea,-vietnam-and-beyond-1940-to-present/case-37-wwii-the-axis,-germany-italy/mauser-model-712-schnellfeuer-machine-pistol.aspx | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 548 | DMW Model 1914 Artillery Luger Snail Drum Magazine image on the NRA Museums Website, available at https://www.nramuseum.org/guns/the-galleries/world-war-i-and-firearms-innovation/case-34-world-war-i-the-central-powers/dwm-model-1914-artillery-luger-snail-drum-magazine.asp | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 549 | Henry Rifle 1860 Instruction Manual, available at http://www.ubertireplicas.com/wp-content/uploads/2018/08/Manuale-Istruzioni-1860-HENRY.pdf | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |

| | | | DEFENDANTS' EXHIBITS | | | | |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 550 | Henry Rifle Patent Drawing, 1860, available at https://en.wikipedia.org/wiki/Henry_rifle#/media/File:Patent_drawing_Henry_Rifle.jpg | All Purposes | | | | X |
| 551 | Puckle Gun Images, Institute of Military Technology, available at https://www.instmiltech.com/the-puckle-gun/ | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 552 | Puckle Gun Patent, 1718, Institute of Military Technology, available at https://www.instmiltech.com/the-puckle-gun/ | All Purposes | | | 6/8 6/9 | X |
| 553 | Lorenzoni Repeating Flintlock images, Met Museum, available at https://www.metmuseum.org/art/collection/search/788263 | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 554 | Vanderlinden, Anthony, Winchester Lever-Actions Go To War, NRA American Rifleman (June 11, 2015). https://www.americanrifleman.org/content/winchester-lever-actions-go-to-war/ | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 555 | Curriculum Vitae of Louis Klarevas  [Klarevas Decl. Ex. A] | FRE 104 | | | 6/6 | X |
| 556 | Dataset maintained by Louis Klarevas  [Klarevas Decl. Ex. C] | FRE 703 | FRE 802 (hearsay) | | 6/6 | X |

| \multicolumn{8}{c|}{**DEFENDANTS' EXHIBITS**} |
|||||||||

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 563 | Klarevas Declaration Table 3. The Average Death Tolls Associated with the Use of LCMs in High-Fatality Mass Shootings in the U.S., 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 564 | Klarevas Declaration Table 4. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 565 | Klarevas Declaration Table 5. Firearm Models Sold with Factory-Issue LCMs in U.S., 1955-1995 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 566 | Klarevas Declaration Table 6. Incidence and Fatality Rates for High-Fatality Mass Shootings, by Whether or Not Bans on LCMs Were in Effect, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 567 | Klarevas Declaration Figure 1. Annual Trends in High-Fatality Mass Shooting Incidents, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 568 | Klarevas Declaration Figure 2. Annual Trends in High-Fatality Mass Shooting Fatalities, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 569 | Klarevas Declaration Figure 3. Share of High-Fatality Mass Shooting Incidents Involving LCMs, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 570 | Klarevas Declaration Figure 4. Share of High-Fatality Mass Shooting Deaths Resulting from Incidents Involving LCMs, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 571 | Klarevas Declaration Figure 5. Percentage of High-Fatality Mass Shootings Involving LCMs by Fatality Threshold, 1990-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 572 | Klarevas Declaration Figure 6. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 573 | Klarevas Declaration Figure 7. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1949-2022 | FRE 703 | FRE 802 (hearsay) MIL 4, 5 (*DENIED*) | | 6/6 | X |
| 574 | Curriculum Vitae of David McDowall, Ph.D.  [McDowall Decl. Ex. A] | FRE 104 | | | 6/8 | X |
| 582 | Curriculum Vitae of Roger Pauly | FRE 104 | | | 6/8 | X |
| 583 | 17th century Musket Manual, available at https://commons.wikimedia.org/wiki/File:Manual_of_the_Musketeer,_17th_Century.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 584 | Photograph: Early Matchlock Design, available at https://commons.wikimedia.org/wiki/File:PS8004046.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |

| | | | DEFENDANTS' EXHIBITS | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 585 | Photograph Wheel Lock in the Firing Position, available at https://commons.wikimedia.org/wiki/File:Wheellock_mechanism_01.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 586 | Photograph: Flintlock Mechanism, available at https://commons.wikimedia.org/wiki/File:Flintlock_Blunderbuss_MET_DP165769.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 587 | Photograph: Brown Bess Musket, available at https://commons.wikimedia.org/wiki/File:Richard_Wilson_Brown_Bess_Musket_tranparent.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 588 | Photograph: 1808 American Rifle, available at https://commons.wikimedia.org/wiki/File:Virginia_Manufactory_1808_Contract_Flintlock_Rifle-NMAH-AHB2015q037944.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 589 | Photograph: Two Minie Balls, available at https://commons.wikimedia.org/wiki/File:Minie_Balls.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 | X |
| 590 | Photograph: Percussion Lock, available at https://commons.wikimedia.org/wiki/File:Perkussionsschloss-Le_Page-in-Laderast.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |

| DEFENDANTS' EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 591 | Photograph: 1851 Model Colt Pistol, available at https://commons.wikimedia.org/wiki/File:Colt_Model_1851_Navy_Percussion_Revolver,_serial_no._2_MET_LC-68_157_2-015.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 | X |
| 592 | Photograph Sharps Breechloader in closed position, available at https://commons.wikimedia.org/wiki/File:Sharps_Carbine_close-up.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 593 | Photograph Sharps Breechloader in open position, available at https://commons.wikimedia.org/wiki/File:Sharps_Rifle_Action.JPG | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 | X |
| 594 | Photograph: Late Nineteenth Century Metal Cartridges, available at https://commons.wikimedia.org/wiki/File:Cal_45_LongColt.JPG | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 | X |
| 595 | Photograph: Henry Rifle, available at https://commons.wikimedia.org/wiki/File:NMAH-2004-26295-12.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 596 | Photograph: Reloading the Henry Rifle, available at https://commons.wikimedia.org/wiki/File:Henry_rifle_operation_03_loading_up_the_cartridges.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | | | | |
| 597 | Photograph: Lee-Metford Rifle, available at https://commons.wikimedia.org/wiki/File:Lee-Metford_Mk_II_-_AM.032034.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 | X |
| 598 | Photograph: Gatling Gun, available at https://commons.wikimedia.org/wiki/File:Gatling_gun,_British_1865_(16837609147).jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 599 | Photograph: Maxim Gun, available at https://commons.wikimedia.org/wiki/File:Metralhadora_1884.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 600 | Photograph: Colt M1911, available at https://commons.wikimedia.org/wiki/File:M1911A1.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/5 6/8 | X |
| 601 | Photograph: Artillery Luger, available at https://commons.wikimedia.org/wiki/File:Arty08.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 602 | Photograph: Bergmann Machine Pistol 18, available at https://commons.wikimedia.org/wiki/File:Bergmann_MP18.1_noBG.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 603 | Photograph: Thompson Submachine Gun, available at https://commons.wikimedia.org/wiki/File:Thompson_submachine_gun_noBG.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/8 | X |

| | DEFENDANTS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 604 | Photograph: StG44 Sturmgewahr, available at https://commons.wikimedia.org/wiki/File:Sturmgewehr_44.jpg | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 605 | Photograph: Comparison M-16A2 and AK-47, available at https://commons.w0ikimedia.org/wiki/File:M16_and_AK-47_comparison.png | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | 6/8 | X |
| 606 | Curriculum Vitae of Brennan Rivas | FRE 104 | | | 6/7 | X |
| 607 | Confederate Bowie Knife and Scabbard, National Museum of American History, https://americanhistory.si.edu/collections/search/object/nmah_438749 | All Purposes | | | 6/7 | X |
| 608 | Curriculum Vitae of Dr. Michael Siegel, MD | FRE 104 | | | 6/6 | X |
| 630 | Koper, C.S. (2004). An updated assessment of the Federal Assault Weapons Ban: Impacts on gun markets and gun violence, 1994-2003 (Report to the National Institute of Justice). Philadelphia: Jerry Lee Center of Criminology, University of Pennsylvania | All Purposes | | | | X |
| 632 | Curriculum Vitae of Robert Spitzer  [Spitzer Decl. Ex. A] | FRE 104 | | | 6/8 | X |

| \ | \ | DEFENDANTS' EXHIBITS | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
| 633 | Firearm Hardware Restrictions Table (Years of Enactment)  [Spitzer Decl. Ex. B] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 634 | Dangerous Weapons Restrictions (Years of Enactment)  [Spitzer Decl. Ex. C] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 635 | Machine Gun and Semi-Automatic Firearms Laws [Spitzer Decl. Ex. D] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 636 | Dangerous Weapons Laws [Spitzer Decl. Ex. E] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 637 | Trap Gun Restrictions [Spitzer Decl. Ex. F] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 639 | Bowie Knife Laws by Type [Spitzer Decl. Ex. H] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 640 | Gunpowder Gun Laws [Spitzer Decl. Ex. I] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 641 | Gunpowder Storage/Use Laws  [Spitzer Decl. Ex. J] | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 645 | Curriculum Vitae of Kevin Sweeney | FRE 104 | | | 6/7 | X |
| 646 | Sweeney Declaration Ex. B. Drawing of Repeating Gun | Admissible (Photos only) | FRE 802 (hearsay) as to text. | | | X |
| 647 | De Witt Bailey, "The Wilson Gunmakers to Empire, 1730-1832" American Society of Arms Collectors Bulletin No. 85, 1935 | All Purposes | | | | X |

FOURTH AMENDED JOINT EXHIBIT LIST                                    24

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|---|---|---|---|---|---|---|
| 648 | Correspondence between John [sic.] Belton and the Continental Congress, available at https://en.wikisource.org/wiki/Correspondence_between_John_Belton_and_the_Continental_Congress, exported May 2, 2023 | All Purposes | | | | X |
| 649 | Benjamin Franklin to Silas Deane, August 27, 1775 in Papers of Benjamin Franklin, Vol. 22, 183-185 | All Purposes | | | | X |
| 650 | Declaration Table 1. Firearms in Probate Inventories of Male Decedents Filed between 1740-1800 | FRE 703 | FRE 802 (hearsay) | | 6/7 | X |
| 651 | Declaration Table 2. Partial Virginia Militia Returns Indicating Types of Arms in Use, 1781-1784 | FRE 703 | FRE 802 (hearsay) | | 6/7 | X |
| 652 | Curriculum Vitae of James Yurgealitis | FRE 104 | | | 6/6 | X |
| 653 | Glock 2022 Buyer's Guide, available at https://us.glock.com, last accessed Dec. 11, 2022 | All Purposes | | | | X |
| 654 | Glock 2023 Buyer's Guide, downloaded from https://us.glock.com/en/downloadable-materials, last accessed May 13, 2023 | All Purposes | | | | X |

| | | | **DEFENDANTS' EXHIBITS** | | | |
|---|---|---|---|---|---|---|
| **No.** | **Description** | **Stipulated** | **Plaintiffs' Objection(s)** | **Pre-admit.** *(Court Use Only)* | **Ident.** *(Court Use Only)* | **Admit.** *(Court Use Only)* |
| 655 | Magpul PMAG 10 AK/AKM MOE, available at https://magpul.com/firearm-accessories/pmags/ak-akm/pmag-10-ak-akm-moe.html | All Purposes | | | | X |
| 656 | Magpul PMAG 10 GL9, 9x19 – GLOCK G17, available at https://magpul.com/firearm-accessories/pmags/pmag-10-gl9-glock-g17.html | All Purposes | | | 6/6 | X |
| 657 | Magpul  PMAG 10 AR/M4 GEN M3 – GLOCK G17, available at https://magpul.com/firearm-accessories/pmags/pmag-10-ar-m4-gen-m3.html | All Purposes | | | 6/6 | X |
| 658 | Ruger Pistols Available in Massachusetts, https://ruger.com/search/state_ma/pistol | All Purposes | | | | X |
| 659 | Sentry Tactical AR-15, available at https://sentrytactical.com/sentry-hexmag-ar-15-m4-m16-magazine-series-2-10-rds/ | All Purposes | | | 6/6 | X |
| 660 | Sig Sauer P226 MK25 Pistol, available at https://www.sigsauer.com/p226-mk25-full-size.html | All Purposes | | | | X |
| 661 | Sig Sauer P365-380 Pistol, available at https://www.sigsauer.com/p365-380.html | All Purposes | | | | X |

| \multicolumn{8}{c}{**DEFENDANTS' EXHIBITS**} |||||||| |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 662 | Smith & Wesson - State Compliance (Massachusetts), https://www.smith-wesson.com/state-compliance, last accessed Dec. 11, 2022 | All Purposes | | | | X |
| 663 | Image of Colt AR-15, from Colt's 1964 Dealer Catalog, https://thecoltar15resource.com/1964-catalog/ | All Purposes | | | | X |
| 664 | Image of 10-round magazine for Browning 9mm "Hi Power" semiautomatic pistol, https://www.brownells.com/gun-parts/magazines/handgun-magazines-parts/magazine-10-round-browning-high-power/ | All Purposes | | | | X |
| 665 | Page from Smith & Wesson's online catalog, rifle with 10-round capacity, https://www.smith-wesson.com/product/m-p-15-sport-ii-compliant | All Purposes | | | 6/6 | X |
| 666 | Page from Sportsman's Warehouse online catalog, California Compliant Glock Pistols, https://www.sportsmans.com/shooting-gear-gun-supplies/handguns/glock-19-9mm-luger402in-black-nitrite-pistol-101-rounds-california-compliant/p/1155366 | All Purposes | | | 6/6 | X |

FOURTH AMENDED JOINT EXHIBIT LIST                                        27

| | | | | **DEFENDANTS' EXHIBITS** | | | |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
| 667 | Page from Mec-Gar 10-online catalog, 10-round magazines for use in firearms that come with high capacity magazines, https://mec-gar.com/shop/magazines/sig-sauer/sig-sauer-p229-1-9mm-10-round/ | All Purposes | | | | X |
| 668 | Page from ProMag online catalog, 10-round magazines for use in firearms that come with high capacity magazines, https://promagindustries.com/fits-the-glock-model-17-19-26-9mm-10-rd-black-polymer/ | All Purposes | | | | X |
| 670 | Letter from Benjamin Franklin to George Washington re Belton submarine (July 22, 1776), available at https://founders.archives.gov/documents/Washington/03-05-02-0311 | All Purposes | | | | X |
| 671 | Spitzer Declaration Table 1. Ammunition Magazine Restrictions in 23 States, 1917-1934 | FRE 703 | FRE 802 (hearsay) | | 6/8 | X |
| 672 | *Eyre* Plaintiffs' Responses to Interrogatories (Set One) from Defendants, Interrogatory 9 | | FRE 106 (completeness) | | 6/6 | X |

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
|-----|-------------|------------|--------------------------|-------------------------------|---------------------------|---------------------------|
| **DEFENDANTS' EXHIBITS** | | | | | | |
| 678 | Surefire 100 Round AR-15 Magazine, Terminal Performance, available at http://www.terminalperformance.net/shop/magazines/surefire-100-round-ar-15-mag/, last visited June 4, 2023. | | | | 6/5 | X |
| 679 | LVMPD Criminal Investigative Report of the 1 October Mass Casualty Shooting, Aug. 3, 2018, available at https://www.lvmpd.com/en-us/Documents/1-October-FIT-Criminal-Investigative-Report-FINAL_080318.pdf | | | | 6/5 | X |
| 689 | Maps of Statutes Restricting Various Weapons | | | | 6/8 | X |
| 692 | Weise v. Becerra, United States District Court, Eastern District of California, No. 2:17-cv-00903, Declaration of James Curcuruto (June 12, 2017) | | | | 6/8 | X |
| 693 | Firearm Production in the United States, NSSF (2019), available at https://www.nssf.org/wp-content/uploads/2019/12/IIR_2019_Firearms_Production.pdf | | | | 6/8 | X |

| \begin{tabular}{c} **DEFENDANTS' EXHIBITS** \end{tabular} | | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Description** | **Stipulated** | **Plaintiffs' Objection(s)** | **Pre-admit.** *(Court Use Only)* | **Ident.** *(Court Use Only)* | **Admit.** *(Court Use Only)* |
| 901 | 1813 La. Act 172, An Act Against Carrying Concealed Weapons, and Going Armed in Public Places in an Unnecessary Manner | | | | 6/7 | X |
| 903 | 1881 Ark. Acts 191, An Act to Preserve the Public Peace and Prevent Crime, chap. XCVI | | | | 6/7 6/8 | X |
| 905 | *The Daily Picayune* "Carrying Concealed Weapons" (July 25, 1840) | | | | 6/7 | X |
| 909 | New York Times "Editorial Article 3 – No Title" (June 13, 1872) | | | | 6/7 | X |
| 910 | The Southern Standard (Arkadelphia, Arkansas), "Concealed Weapons" (May 1, 1875) (close up) | | | | 6/7 | X |
| 911 | The Southern Standard (Arkadelphia, Arkansas), "Concealed Weapons" (May 1, 1875) (full page) | | | | 6/7 | X |
| 916 | Georgia General Tax Act for 1895 and 1896, Part I, Title 2, Taxes and Public Debt | | | | 6/7 | X |

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| | **INTERVENORS' EXHIBITS** | | | | | |
| 736 | Oxford Eng. Dictionary, "Magazine" | All Purposes | | | 6/7 | X |
| 737 | Oxford Eng. Dictionary, "Accoutrements" | All Purposes | | | 6/7 | X |
| 738 | Oxford Eng. Dictionary, "Cartridge box" | All Purposes | | | 6/7 | X |
| 739 | William Dobein James, "A sketch of the life of Brig. Gen. Francis Marion and a history of his brigade" (1821). | All Purposes | | | 6/7 | X |
| 742 | George Washington, General Orders (February 17, 1776) | All Purposes | | | 6/7 | X |
| 743 | George Washington, Letter to John Hancock (October 10–11, 1777) | All Purposes | | | | X |
| 745 | Admiral W. H. Smyth and Vice-Admiral Sir E. Belcher, The Sailor's Word-Book: An Alphabetical Digest of Nautical Terms, London, 1867 | All Purposes | | | | X |
| 747 | *State Gazette of South Carolina*, July 16, 1787 | All Purposes | | | 6/7 | X |
| 748 | *Evening Star* (Washington, D.C.), Jan. 9, 1868 | All Purposes | | | 6/7 | X |
| 751 | *Daily Morning Chronicle* (Washington, D.C.), Feb. 3, 1872 | All Purposes | | | | X |
| 753 | George Washington, General Orders (Jan. 22, 1780) | All Purposes | | | 6/7 | X |

| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. (Court Use Only) | Ident. (Court Use Only) | Admit. (Court Use Only) |
|---|---|---|---|---|---|---|
| | **INTERVENORS' EXHIBITS** | | | | | |
| 757 | *Jackson's Oxford Journal*, Mar. 20, 1756, p. 2 | All Purposes | | | | X |
| 761 | *Cedar Falls Gazette*, Jan. 10, 1868, p. 3 | All Purposes | | | 6/7 | X |
| 763 | *The Jeffersonian* (Stroudsburg, Pa.), Jan. 9, 1868, p. 2. | All Purposes | | | 6/7 | X |
| 776 | Curriculum Vitae of Professor Dennis Baron | FRE 104 | | | 6/7 | X |
| 777 | Curriculum Vitae of Dr. Mackenzie Cook | FRE 104 | | | 6/6 | X |
| 778 | *Missouri Republican* (St. Louis, Missouri), Fri. Sept. 3, 1869 | All Purposes | | | 6/7 | X |
| 816 | 6/1/23 Screenshots of SureFire Website | | | | 6/5 | X |
| 819 | Patent No. 45,569 (1864) | | | | 6/5 | X |
| 826 | 4/3/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |
| 829 | 4/19/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |
| 830 | 2/15/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |
| 835 | 5/12/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |

FOURTH AMENDED JOINT EXHIBIT LIST                                   32

| | | | INTERVENORS' EXHIBITS | | | | |
|---|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Plaintiffs' Objection(s) | Pre-admit. *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 836 | 5/15/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |
| 838 | 5/23/2023 Tweet from University of Wyoming Firearms Research Center | Admitted for bias, not truth | | | 6/5 | X |
| 840 | 6/2/2023 Screenshot of University of Wyoming Firearms Research Center Website | | | | 6/5 | X |
| 844 | FBI Reports on 1/8/11 shooting in Tucson, AZ | | | | 6/6 | X |
| 845 | DOJ Statement on 4/27/19 shooting at Poway Synagogue | | | | 6/6 | X |

DATED:  June 19, 2023

JURISLAW LLP

Paul D. Clement[*]
Erin E. Murphy[*]
Matthew D. Rowen[*]
Nicholas M. Gallagher[*]
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

[*] admitted *pro hac vice*

s/ Daniel J. Nichols
Shawn M. Lindsay (OSB No.: 020695)
Daniel J. Nichols (OSB No.: 101304)
Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

*Counsel for Eyre Plaintiffs*

s/ Stephen Joncus
Stephen J. Joncus, OSB #013072
JONCUS LAW PC
13203 SE 172nd Ave Ste 166 #344
Happy Valley, OR  97086
(971) 236-1200
steve@joncus.net

s/ Leonard W. Williamson
Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Ste 100
Salem, OR 97302
(503) 365-8800
l.williamson@vwllp.com

*Counsel for OFF Plaintiffs*

s/ James L. Buchal
James L. Buchal, OSB #910020
MURPHY & BUCHAL LLP
PO Box 86620
Portland, OR 97286
(503) 227-1011
jbuchal@mbllp.com

*Counsel for Fitz and Azzopardi Plaintiffs*

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I have made service of the foregoing **FOURTH AMENDED JOINT EXHIBIT LIST** of the party listed below in the manner indicated:

| | |
|---|---|
| Matthew D. Rowen<br>Erin E. Murphy<br>Nicholas M. Gallagher<br>Paul D. Clement<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>*Attorney for Eyre Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>matthew.rowen@clementmurphy.com;<br>erin.murphy@clementmurphy.com;<br>nicholas.gallagher@clementmurphy.com;<br>paul.clement@clementmurphy.com<br>☒ Electronically via USDC CM/ECF system |
| Jessica A. Skelton<br>Zachary J. Pekelis<br>Kai Smith<br>W. Scott Ferron<br>Pacific Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>*Attorney for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>jessica.skelton@pacificlawgroup.com;<br>zach.pekelis@pacificalawgroup.com;<br>kai.smith@pacificlawgroup.com;<br>scott.ferron@pacificlawgroup.com<br>☒ Electronically via USDC CM/ECF system |
| James L. Buchal<br>Murphy & Buchal<br>PO Box 86620<br>Portland, OR 97286<br>*Attorney for Fitz Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: jbuchal@mbllp.com<br>☒ Electronically via USDC CM/ECF system |
| William Bergstrom<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036<br>*Attorney for Fitz Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: wbergstrin@cooperkirk.com<br>☒ Electronically via USDC CM/ECF system |
| D. Angus Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA<br>*Attorney for Fitz Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: Angus@AngusLeeLaw.com<br>☒ Electronically via USDC CM/ECF system |
| James L. Buchal<br>Murphy & Buchal | ☐ U.S Mail<br>☐ Facsimile |

CERTIFICATE OF SERVICE                                                35

PO Box 86620
Portland, OR 97286
*Attorney for Azzopardi Plaintiffs*

☐ Hand Delivery
☐ Overnight Courier
☐ Email: jbuchal@mbllp.com
☒ Electronically via USDC CM/ECF system

William Sack
Firearms Policy Coalition, Inc.
5550 Painted Mirage Rd., Suite320
Las Vegas, NV 89149
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Wsack@FPClaw.org
☒ Electronically via USDC CM/ECF system

Adam Kraut
Second Amendment Foundation
12500 NE Tenth Place
Bellevue, WA 98665
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: akraut@saf.org
☒ Electronically via USDC CM/ECF system

D. Angus Lee
Angus Lee Law Firm, PLLC
9105A NE HWY 99, Suite 200
Vancouver, WA
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Angus@AngusLeeLaw.com
☒ Electronically via USDC CM/ECF system

Stephen J. Joncus
Joncus Law LLC
13203 SE 172nd Ave, Ste 166 #344
Happy Valley, OR 97086
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: steve@joncus.net
☒ Electronically via USDC CM/ECF system

Leonard W. Williamson
Van Ness Williamson
960 Liberty Street S, Suite 100
Salem, OR 97302
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: 1.williamson@vwllp.com
☒ Electronically via USDC CM/ECF system

Pete Serrano
Silent Majority Foundation
5238 Outlet Drive
Pasco, WA 99301
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: pete@silentmajorityfoundation.org
☒ Electronically via USDC CM/ECF system

Jessica A. Skelton
Zachary J. Pekelis
Kai Smith
W. Scott Ferron
Pacific Law Group LLP
1191 Second Avenue, Suite 2000

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
jessica.skelton@pacificlawgroup.com;

CERTIFICATE OF SERVICE                                    36

Seattle, WA 98101-3404
*Attorney for Proposed Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

zach.pekelis@pacificalawgroup.com;
kai.smith@pacificlawgroup.com;
scott.ferron@pacificalawgroup.com
☒ Electronically via USDC CM/ECF system

Brian Simmonds Marshall
Oregon Department of Justice
Trial Division
Special Litigation Unit
100 SW Market Street
Portland, OR 97201
*Attorney for Defendants*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: brain.s.marshal@doj.state.or.us
☒ Electronically via USDC CM/ECF system

Erin N. Dawson
Hannah Hoffman
Harry B. Wilson
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
*Attorney for Defendants*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
erindawson@markowitzherbold.com;
HannahHoffman@markowitzherbold.com;
harrywilson@markowitzherbold.com
☒ Electronically via USDC CM/ECF system

DATED:  June 19, 2023

JURISLAW LLP

s/Daniel J. Nichols
Daniel J. Nichols (OSB No.: 101304)
Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035
(503) 968-1475
dan@jurislawyer.com

*Counsel for Eyre Plaintiffs*

CERTIFICATE OF SERVICE