IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE, INC.,**<br><br>     Plaintiffs,<br><br>v.<br><br>**ELLEN ROSENBLUM**, in her official capacity as Attorney General of the State of Oregon; and **TERRI DAVIE**, in her official capacity as Superintendent of the Oregon State Police<br><br>     Defendants. | Case No. 3:22-cv-01869-IM<br><br><br><br>**JUDGMENT** |

**IMMERGUT, U.S. District Judge**

    This matter having come before the Court for trial on May 30 and June 5–9, 2023, and

for the reasons set out in the Court's Order Revising Denial of Defendants' Partial Motion for

1 – JUDGMENT

Summary Judgment and Motion to Dismiss, ECF 185, and Findings of Fact and Conclusions of Law ECF 203, it is hereby ORDERED and ADJUDGED that:

On Plaintiffs' First Claim for Relief (Second Amendment – As-Applied Challenge), a judgment of dismissal, without prejudice, is entered, and on Plaintiffs' Second Claim for Relief (Second Amendment – Facial Challenge) judgment is entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

DATED this 31st day of July, 2023.

                                              /s/ Karin J. Immergut
                                              Karin J. Immergut
                                              United States District Judge

2 – JUDGMENT