



**NATIONWIDE PROCESS SERVICE, INC.**
315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660
**(503) 241-0636**



**INVOICE**
*FED TAX ID #93-0943448*

*362454*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | **530173** |
| Client ID: | **1481** |
| Matter No. | **None Provided** |
| Contact: | **Joanna Stalheim** |

| | |
|---|---|
| Received: | 04/06/2023 |
| Court: | US DISTRICT COURT |
| Case No. | 2:22-cv-01815-IM |
| Plaintiff: | OREGON FIREARMS FEDERATION, INC., et al. |
| Defendant: | TINA KOTEK, et al. |
| Serve: | MALHEUR COUNTY SHERIFF'S OFFICE |

*Rebecca Dodd*

04 / 28 / 2023

Instructions/Service Report:

*** RUSH SERVICE ***

Per Joanne on 4/07/23 cancel servcie.

| | |
|---|---|
| Date Completed: | 04/07/2023 |
| Type of Service: | Service CANCELLED |

| Charges: | |
|---|---|
| Service Cancelled | $75.00 |
| SUBTOTAL: | $75.00 |
| **TOTAL DUE:** | **$75.00** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

Doc ID: 8911334df0f9c6bcedbeebde79d08427410e8fed

Bill of Costs - Exhibit 2
Page 1 of 115





**NATIONWIDE PROCESS SERVICE, INC.**
315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660
**(503) 241-0636**



*362456*



FED TAX ID #93-0943448

MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | **530174** |
| Client ID: | **1481** |
| Matter No. | **None Provided** |
| Contact: | **Joanna Stalheim** |

Received:    04/06/2023
Court:       US DISTRICT COURT
Case No.     2:22-cv-01815-IM
Plaintiff:   OREGON FIREARMS FEDERATION, INC., et al.
Defendant:   TINA KOTEK, et al.
Serve:       COLUMBIA COUNTY SHERIFF'S OFFICE

*Rebecca Dodd*

04 / 15 / 2023

Instructions/Service Report:

*** RUSH SERVICE ***

Service effected at 901 Port Avenue, Saint Helens, OR 97051-3108

Date Completed:    04/07/2023 @ 3:24 PM
By leaving with:   Michelle Bean
Type of Service:   PERSONAL

Service address:

901 Port Avenue

Saint Helens, OR 97051-3108

| Charges: | |
|---|---|
| Rush Service | $225.00 |
| Copies | $19.44 |
| SUBTOTAL: | $244.44 |
| **TOTAL DUE:** | **$244.44** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

Doc ID: 5c8040635628d4a73ab3eeb0b54e3e7f77bca89a

Bill of Costs - Exhibit 2

  

**NATIONWIDE PROCESS SERVICE, INC.**
315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660
**(503) 241-0636**

*362455*

www.NationwideProcess.com

**INVOICE**
FED TAX ID #93-0943448

MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | **530181** |
| Client ID: | **1481** |
| Matter No. | **None Provided** |
| Contact: | **Joanna Stalheim** |

| | |
|---|---|
| Received: | 04/06/2023 |
| Court: | US DISTRICT COURT |
| Case No. | 2:22-cv-01815-IM |
| Plaintiff: | OREGON FIREARMS FEDERATION, INC., et al. |
| Defendant: | TINA KOTEK, et al. |
| Serve: | UNION COUNTY SHERIFF'S OFFICE |

*Rebecca Dodd*

04 / 15 / 2023

Instructions/Service Report:

*** RUSH *** Serve within 24 Hours!

Service effected at 1109 K Avenue, La Grande, OR 97850

| | |
|---|---|
| Date Completed: | 04/10/2023 @ 12:00 PM |
| By leaving with: | Kati Heath |
| Type of Service: | CORPORATE - Personal |

Service address:

1109 K Avenue

La Grande, OR 97850

| Charges: | |
|---|---|
| Process / Time / Mileage | $410.00 |
| Copies | $3.78 |
| SUBTOTAL: | $413.78 |
| **TOTAL DUE:** | **$413.78** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

Doc ID: 7efe6fd23f517f73b4b76e9507e746cb0d3acb72





**NATIONWIDE PROCESS SERVICE, INC.**
315 W Mill Plain Blvd, Suite 206 • Vancouver, WA 98660
**(503) 241-0636**



*362453*

# INVOICE
*FED TAX ID #93-0943448*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | **530182** |
| Client ID: | **1481** |
| Matter No. | **None Provided** |
| Contact: | **Joanna Stalheim** |

| | |
|---|---|
| Received: | 04/06/2023 |
| Court: | US DISTRICT COURT |
| Case No. | 2:22-cv-01815-IM |
| Plaintiff: | OREGON FIREARMS FEDERATION, INC., et al. |
| Defendant: | TINA KOTEK, et al. |
| Serve: | SHERMAN COUNTY SHERIFF'S OFFICE |

*Rebecca Dodd*

04 / 15 / 2023

---

Instructions/Service Report:

*** RUSH *** Serve within 24 Hours!

Service effected at 500 Court Street, Moro, OR 97039

---

| | |
|---|---|
| Date Completed: | 04/10/2023 @ 3:40 PM |
| By leaving with: | Julie McAllister Ywynne |
| Type of Service: | CORPORATE - Personal |

Service address:

500 Court Street

Moro, OR 97039

| Charges: | |
|---|---|
| Process /Time / Mileage | $425.00 |
| Copies | $19.98 |
| SUBTOTAL: | $444.98 |
| **TOTAL DUE:** | **$444.98** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

Doc ID: af19cdb9479963e179be2bb41887f9eabc5fea92





**NATIONWIDE PROCESS SERVICE, INC.**
315 W Mill Plain Blvd, Suite 206, Vancouver, WA 98660
(503) 241-0636



*362452*

# INVOICE
*FED TAX ID #93-0943448*

MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201

*Rebecca Dodd*

05 / 09 / 2023

| | |
|---|---|
| Invoice No. | **530406** |
| Client ID: | **1481** |
| Matter No. | **None Provided** |
| Contact: | **Joanna Stalheim** |

Received:     04/06/2023
Court:         US DISTRICT COURT
Case No.      2:22-cv-01815-IM
Plaintiff:      OREGON FIREARMS FEDERATION, INC., et al.
Defendant:    TINA KOTEK, et al.
Serve:         UMATILLA COUNTY SHERIFF'S OFFICE

---

Instructions/Service Report:

*** RUSH SERVICE *** e effected at 4700 NW Pioneer Place, Pendleton, OR 97801

---

Date Completed:     04/11/2023 @ 12:00 PM
By leaving with:     Brittany Wolverton
Type of Service:     CORPORATE - Personal

Service address:

4700 NW Pioneer Place

Pendleton, OR 97801

| Charges: | |
|---|---|
| Rush Service | $325.00 |
| Copies | $3.78 |
| SUBTOTAL: | $328.78 |
| **TOTAL DUE:** | **$328.78** |

Invoices not paid within 30 days are subject to a 0.75% monthly finance charge (9% annually)

Doc ID: 900a070b90b069dc21a81d3d79db6505a8f025d6

Jill L. Jessup, RMR, RDR, CRR, CRC
United States District Court
Court Reporter
PO Box 771
Camas, WA 98607

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/29/2022 | 1779 |

| Bill To |
|---------|
| Markowitz Herbold PC<br>Harry Wilson<br>1455 SW Broadway<br>Suite 1900<br>Portland, OR 97201 |

| Terms |
|-------|
| Due on receipt |

| Description | Amount |
|-------------|--------|
| Hearing Date:  12-2-22<br>Judge:  Karin J. Immergut<br>Case Name:  Oregon Firearms Federation, Inc., et al. v. Brown, et al. and Fitz, et al. v. Rosenblum, et al.<br>Case No.:  2:22-cv-01815-IM and 3:22-cv-01859-IM | 241.50 |

| Please indicate invoice number and make checks payable to Jill L. Jessup.  Thank you! | **Total** | $241.50 |

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85179 | 2/1/2023 | 67070 |

| Job Date | Case No. |
|---|---|
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Massad F. Ayoob | 142.00 | Pages | 639.00 |
| Expedited Transcript Fee | | | 757.57 |
| Attendance Fee | 4.00 | Hours | 300.00 |
| Rough Draft Transcript | 136.00 | Pages | 204.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$1,993.07** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85179
Invoice Date  : 2/1/2023
**Total Due**    : **$1,993.07**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67070
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

Bill of Costs - Exhibit 2
Page 7 of 115

# I N V O I C E



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85179 | 2/1/2023 | 67070 |
| **Job Date** | **Case No.** | |
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85179
Invoice Date  : 2/1/2023
**Total Due**  : **$1,993.07**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67070
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
Brown, et al.

Bill of Costs - Exhibit 2
Page 8 of 115

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85157 | 2/1/2023 | 67066 |

| Job Date | Case No. |
|---|---|
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Brian Marshall
Oregon Department of Justice
100 Southwest Market Street
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Mark T. Hanish | 130.00 | Pages | 585.00 |
| Expedited Transcript Fee | | | 189.15 |
| Attendance Fee | 4.00 | Hours | 300.00 |
| Rough Draft Transcript | 124.00 | Pages | 186.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 4.00 | | 10.00 |
| | | **TOTAL DUE  >>>** | **$1,360.15** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Brian Marshall
Oregon Department of Justice
100 Southwest Market Street
Portland, OR 97201

Invoice No.    : 85157
Invoice Date  : 2/1/2023
**Total Due**     : **$1,360.15**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67066
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

Bill of Costs - Exhibit 2

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85157 | 2/1/2023 | 67066 |

| Job Date | Case No. |
|---|---|
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Brian Marshall
Oregon Department of Justice
100 Southwest Market Street
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Brian Marshall
Oregon Department of Justice
100 Southwest Market Street
Portland, OR 97201

Invoice No.    : 85157
Invoice Date  : 2/1/2023
**Total Due**     : **$1,360.15**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67066
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
                Brown, et al.

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85243 | 2/4/2023 | 67146 |

| Job Date | Case No. |
|---|---|
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Kevin L. Campbell | 114.00 | Pages | 513.00 |
| Expedited Transcript Fee | | | 153.90 |
| Attendance Fee | 3.25 | Hours | 243.75 |
| Rough Draft Transcript | 108.00 | Pages | 162.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$1,167.65** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85243 |
| Invoice Date | : | 2/4/2023 |
| **Total Due** | : | **$1,167.65** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 67146 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85243 | 2/4/2023 | 67146 |

| Job Date | Case No. | |
|---|---|---|
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 85243 |
| Invoice Date | : 2/4/2023 |
| **Total Due** | : **$1,167.65** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67146 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85329 | 2/4/2023 | 67076 |

| Job Date | Case No. |
|---|---|
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

02 / 13 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Clayton Cramer | 173.00 | Pages | 778.50 |
| Expedited Transcript Fee | | | 251.72 |
| Attendance Fee | 4.25 | Hours | 318.75 |
| Rough Draft Transcript | 167.00 | Pages | 250.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 16.00 | | 40.00 |
| **TOTAL DUE   >>>** | | | **$1,729.47** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 85329 |
|---|---|
| Invoice Date | : 2/4/2023 |
| **Total Due** | : **$1,729.47** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

| Job No. | : 67076 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 8e219a59a200c67a74ac18289973d3ee2cd2ff4a

# INVOICE

2 of 2



BUELL
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85329 | 2/4/2023 | 67076 |
| **Job Date** | **Case No.** | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85329 |
| Invoice Date | : | 2/4/2023 |
| **Total Due** | : | **$1,729.47** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67076 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 8e219a59a200c67a74ac18289973d3ee2cd2ff4a



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85353 | 2/4/2023 | 67078 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Matthew G. French | 63.00 | Pages | 283.50 |
| Expedited Transcript Fee | | | 85.05 |
| Attendance Fee | 3.00 | Hours | 225.00 |
| Rough Draft Transcript | 59.00 | Pages | 88.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$774.55** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 85353 |
|---|---|
| Invoice Date | : 2/4/2023 |
| **Total Due** | **: $774.55** |

| | |
|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC**<br>**1325 Fourth Avenue**<br>**Suite 1840**<br>**Seattle, WA 98101** |

| Job No. | : 67078 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: c7d0ce0f12983f028ad48bf3a63a8f94dca1d3e2

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85353 | 2/4/2023 | 67078 |
| Job Date | Case No. | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85353
Invoice Date  : 2/4/2023
**Total Due**     : **$774.55**

Remit To:   **BUELL REALTIME REPORTING, LLC**
            **1325 Fourth Avenue**
            **Suite 1840**
            **Seattle, WA 98101**

Job No.    : 67078
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

Doc ID: c7d0ce0f12983f028ad48bf3a63a8f94dca1d3e2

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85332 | 2/4/2023 | 67076 |
| **Job Date** | **Case No.** | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Stephen C. Helsley | 109.00 | Pages | 490.50 |
| Expedited Transcript Fee | | | 158.60 |
| Attendance Fee | 3.75 | Hours | 281.25 |
| Rough Draft Transcript | 103.00 | Pages | 154.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$1,179.85** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 85332 |
| Invoice Date | : 2/4/2023 |
| **Total Due** | **: $1,179.85** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67076 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 5694c0c1fc1ddf46fd1c04acb14239fd4dc4eb18

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85332 | 2/4/2023 | 67076 |

| Job Date | Case No. | |
|---|---|---|
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85332
Invoice Date  : 2/4/2023
**Total Due**     : **$1,179.85**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67076
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

Doc ID: 5694c0c1fc1ddf46fd1c04acb14239fd4dc4eb18

# I N V O I C E

1 of 2



**BUELL**
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85599 | 2/4/2023 | 67571 |
| **Job Date** | **Case No.** | |
| 1/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Stephen Helsley - Vol. II | 63.00 | Pages | 283.50 |
| Expedited Transcript Fee | | | 91.67 |
| Attendance Fee | 2.25 | Hours | 168.75 |
| Rough Draft Transcript | 59.00 | Pages | 88.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| | **TOTAL DUE  >>>** | | **$729.92** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85599 |
| Invoice Date | : | 2/4/2023 |
| **Total Due** | : | **$729.92** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67571 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 7b1da4a8c70a775779dab7951afd0fa70ca1d13d

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85599 | 2/4/2023 | 67571 |

| Job Date | Case No. | |
|---|---|---|
| 1/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85599
Invoice Date  : 2/4/2023
**Total Due**   : **$729.92**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67571
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
              Brown, et al.

Doc ID: 7b1da4a8c70a775779dab7951afd0fa70ca1d13d

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85354 | 2/4/2023 | 67078 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Ashley Hlebinsky | 152.00 | Pages | 684.00 |
| Expedited Transcript Fee | | | 205.20 |
| Attendance Fee | 5.00 | Hours | 375.00 |
| Rough Draft Transcript | 148.00 | Pages | 222.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| | **TOTAL DUE  >>>** | | **$1,583.70** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 85354 |
|---|---|
| Invoice Date | : 2/4/2023 |
| **Total Due** | **: $1,583.70** |

| Remit To: | **BUELL REALTIME REPORTING, LLC** |
|---|---|
| | **1325 Fourth Avenue** |
| | **Suite 1840** |
| | **Seattle, WA 98101** |

| Job No. | : 67078 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: b88e40e939220235f26ca8be746cdea911b0e04c

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85354 | 2/4/2023 | 67078 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 85354 |
|---|---|
| Invoice Date | : 2/4/2023 |
| **Total Due** | **: $1,583.70** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 67078 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: b88e40e939220235f26ca8be746cdea911b0e04c

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85229 | 2/9/2023 | 67072 |
| **Job Date** | **Case No.** | |
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 14 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Adam Ralph Braatz | 82.00 | Pages | 397.70 |
| Expedited Transcript Fee | | | 119.31 |
| Attendance Fee | 4.00 | Hours | 380.00 |
| Rough Draft Transcript | 76.00 | Pages | 152.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| **TOTAL DUE  >>>** | | | **$1,141.51** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85229 |
| Invoice Date | : | 2/9/2023 |
| **Total Due** | : | **$1,141.51** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 67072 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 8c41ad77b5efcddd07514d5f1d534d451547976f

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85229 | 2/9/2023 | 67072 |

| Job Date | Case No. | |
|---|---|---|
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 85229 |
|---|---|
| Invoice Date | : 2/9/2023 |
| **Total Due** | : **$1,141.51** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 67072 |
|---|---|
| BU ID | : NATIONAL |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 8c41ad77b5efcddd07514d5f1d534d451547976f

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85654 | 2/9/2023 | 67303 |

| Job Date | Case No. |
|---|---|
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Jason J. Myers | 97.00 | Pages | 436.50 |
| Expedited Transcript Fee | | | 329.32 |
| Attendance Fee | 3.00 | Hours | 225.00 |
| Rough Draft Transcript | 91.00 | Pages | 136.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | | **TOTAL DUE  >>>** | **$1,219.82** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 85654 |
| Invoice Date | : 2/9/2023 |
| **Total Due** | : **$1,219.82** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67303 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Bill of Costs - Exhibit 2

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85654 | 2/9/2023 | 67303 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85654
Invoice Date  : 2/9/2023
**Total Due**    : **$1,219.82**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67303
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85552 | 2/14/2023 | 67234 |

| Job Date | Case No. |
|---|---|
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

02 / 21 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Gary D. Kleck | 154.00 | Pages | 693.00 |
| Expedited Transcript Fee | | | 112.11 |
| Attendance Fee | 4.75 | Hours | 356.25 |
| Rough Draft Transcript | 148.00 | Pages | 222.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 18.00 | | 45.00 |
| | **TOTAL DUE  >>>** | | **$1,518.36** |

Ordered by     : Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85552 |
| Invoice Date | : | 2/14/2023 |
| **Total Due** | : | **$1,518.36** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 67234 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 02b3e31b1f21b1faf98c08e9687d7c548289edf9

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85552 | 2/14/2023 | 67234 |

| Job Date | Case No. | |
|---|---|---|
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.  : 85552
Invoice Date : 2/14/2023
**Total Due**  : **$1,518.36**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.  : 67234
BU ID  : MAIN
Case No.  : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

Doc ID: 02b3e31b1f21b1faf98c08e9687d7c548289edf9

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86866 | 3/22/2023 | 68702 |
| **Job Date** | **Case No.** | |
| 3/14/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

04 / 05 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Brian DeLay | 71.00 | Pages | 273.35 |
| Expedited Transcript Fee | | | 82.01 |
| Rough Draft Transcript | 65.00 | Pages | 97.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 4.00 | | 10.00 |
| | **TOTAL DUE  >>>** | | **$552.86** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 86866 |
| Invoice Date | : 3/22/2023 |
| **Total Due** | **: $552.86** |

| | |
|---|---|
| Remit To:  **BUELL REALTIME REPORTING, LLC** | Job No. : 68702 |
| **1325 Fourth Avenue** | BU ID : MAIN |
| **Suite 1840** | Case No. : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| **Seattle, WA 98101** | Case Name : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 3ec9f8987497ac7e98cae775d6292ae7874877de

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86866 | 3/22/2023 | 68702 |

| Job Date | Case No. | |
|---|---|---|
| 3/14/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 86866 |
| Invoice Date | : | 3/22/2023 |
| **Total Due** | : | **$552.86** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 68702 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 3ec9f8987497ac7e98cae775d6292ae7874877de

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87252 | 4/2/2023 | 68751 |
| **Job Date** | **Case No.** | |
| 3/24/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

04 / 07 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft: | | | |
| Louis J. Klarevas | 97.00 | Pages | 373.45 |
| Expedited Transcript Fee | | | 112.04 |
| Rough Draft Transcript | 91.00 | Pages | 136.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 10.00 | | 25.00 |
| | **TOTAL DUE  >>>** | | **$736.99** |

Ordered by      : Brian Marshall
Oregon Department of Justice
100 Southwest Market Street
Portland, OR 97201

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87252 |
| Invoice Date | : 4/2/2023 |
| **Total Due** | **: $736.99** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : 68751 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: b8832a0377a5d4d96c72d6b4c6ae93d34197113f

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87252 | 4/2/2023 | 68751 |
| **Job Date** | **Case No.** | |
| 3/24/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 87252
Invoice Date  : 4/2/2023
**Total Due**    : **$736.99**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.       : 68751
BU ID         : MAIN
Case No.      : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

Doc ID: b8832a0377a5d4d96c72d6b4c6ae93d34197113f

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87105 | 4/2/2023 | 68750 |
| Job Date | Case No. | |
| 3/21/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

04 / 06 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Brennan N. Rivas | 74.00 | Pages | 284.90 |
| Expedited Transcript Fee | | | 85.47 |
| Rough Draft Transcript | 68.00 | Pages | 102.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 4.00 | | 10.00 |
| | **TOTAL DUE  >>>** | | **$572.37** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 87105 |
| Invoice Date | : 4/2/2023 |
| **Total Due** | **: $572.37** |

| | |
|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** |
| | **1325 Fourth Avenue** |
| | **Suite 1840** |
| | **Seattle, WA 98101** |

| | |
|---|---|
| Job No. | : 68750 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 9f998c6f2f263bec551486c00b93024f23f16736

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87105 | 4/2/2023 | 68750 |
| Job Date | Case No. | |
| 3/21/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87105 | |
| Invoice Date | : 4/2/2023 | |
| **Total Due** | : **$572.37** | |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68750 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 9f998c6f2f263bec551486c00b93024f23f16736

Bill of Costs - Exhibit 2

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87107 | 4/2/2023 | 68749 |

| Job Date | Case No. | |
|---|---|---|
| 3/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

04 / 06 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Certified Transcript Copy with Rough Draft

| | | | |
|---|---|---|---|
| Michael Siegel, M.D. | 100.00 | Pages | 385.00 |
| Rough Draft Transcript | 96.00 | Pages | 144.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| | **TOTAL DUE  >>>** | | **$626.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 87107 |
| Invoice Date | : | 4/2/2023 |
| **Total Due** | : | **$626.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 68749 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 5fb9689815e2371e7a568c5154328ecdffffa7d1

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87350 | 4/13/2023 | 68807 |
| **Job Date** | **Case No.** | |
| 3/22/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

04 / 20 / 2023

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Michael Carrick | 100.00 | Pages | 450.00 |
| Attendance Fee | 3.00 | Hours | 225.00 |
| Rough Draft Transcript | 96.00 | Pages | 144.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE   >>>** | | **$914.00** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87350
Invoice Date  : 4/13/2023
**Total Due**     : **$914.00**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 68807
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

Doc ID: 9aae0e4c44a423233f2c4a7453062ee70a85360f

# INVOICE

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87350 | 4/13/2023 | 68807 |
| **Job Date** | **Case No.** | |
| 3/22/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 87350
Invoice Date  : 4/13/2023
**Total Due**    : **$914.00**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 68807
BU ID       : MAIN
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
Kotek, et al. (Consolidated)

Doc ID: 9aae0e4c44a423233f2c4a7453062ee70a85360f

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87402 | 4/13/2023 | 68752 |

| Job Date | Case No. |
|---|---|
| 3/29/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

04 / 19 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Transcript Copy with Rough Draft

| | | | |
|---|---|---|---|
| Kevin M. Sweeney | 96.00 | Pages | 369.60 |
| Expedited Transcript Fee | | | 110.88 |
| Rough Draft Transcript | 90.00 | Pages | 135.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$710.48** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 87402 |
| Invoice Date | : 4/13/2023 |
| **Total Due** | : **$710.48** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68752 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 899cdd0f7f093d0326fb545785d3002436f991e5

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87402 | 4/13/2023 | 68752 |

| Job Date | Case No. | |
|---|---|---|
| 3/29/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87402
Invoice Date  : 4/13/2023
**Total Due**      : **$710.48**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 68752
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
               Kotek, et al. (Consolidated)

Doc ID: 899cdd0f7f093d0326fb545785d3002436f991e5

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87565 | 4/20/2023 | 68755 |
| Job Date | Case No. | |
| 4/4/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 05 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Lucy P. Allen | | | 375.38 |
| Rough Draft Transcript | 69.00 | Pages | 103.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$573.88** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87565 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | : **$573.88** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : 68755 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: f58c06e83863077e7b7d9c0521e931907e710a2

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87430 | 4/20/2023 | 68753 |
| **Job Date** | **Case No.** | |
| 3/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 01 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Dennis E. Baron | 115.00 | Pages | 442.75 |
| Expedited Transcript Fee | | | 132.83 |
| Rough Draft Transcript | 109.00 | Pages | 163.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 19.00 | | 47.50 |
| | **TOTAL DUE  >>>** | | **$876.58** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87430 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $876.58** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68753 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 70b70f2cc1045ec7835d7e4d35db23b606f00438

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87430 | 4/20/2023 | 68753 |

| Job Date | Case No. |
|---|---|
| 3/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87430
Invoice Date  : 4/20/2023
**Total Due**     : **$876.58**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.   : 68753
BU ID     : MAIN
Case No.  : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name : Oregon Firearms Federation, Inc., et al. v.
            Kotek, et al. (Consolidated)

Doc ID: 70b70f2cc1045ec7835d7e4d35db23b606f00438

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87661 | 4/20/2023 | 68876 |
| Job Date | Case No. | |
| 4/4/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 03 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Certified Transcript Copy with Rough Draft | | | |
|---|---|---|---|
| Mackenzie R. Cook, M.D. | 71.00 | Pages | 273.35 |
| Rough Draft Transcript | 65.00 | Pages | 97.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 5.00 | | 12.50 |
| | **TOTAL DUE  >>>** | | **$473.35** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only)  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 87661 |
|---|---|
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $473.35** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 68876 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 468c90ad5bad8ce5a826b869f71344c00ed17711

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87662 | 4/20/2023 | 68809 |
| **Job Date** | **Case No.** | |
| 4/6/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 03 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Clayton Cramer - Vol. II | 133.00 | Pages | 598.50 |
| Expedited Transcript Fee | | | 179.55 |
| Attendance Fee | 4.00 | Hours | 300.00 |
| Rough Draft Transcript | 127.00 | Pages | 190.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 8.00 | | 20.00 |
| **TOTAL DUE  >>>** | | | **$1,378.55** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 87662 |
| Invoice Date | : | 4/20/2023 |
| **Total Due** | : | **$1,378.55** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 68809 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 29e40b6d7963c071b05878fb76acc7cd512f5a05

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87662 | 4/20/2023 | 68809 |

| Job Date | Case No. | |
|---|---|---|
| 4/6/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 87662 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $1,378.55** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68809 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 29e40b6d7963c071b05878fb76acc7cd512f5a05

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87680 | 4/20/2023 | 68758 |
| Job Date | Case No. | |
| 4/7/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 01 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Transcript Copy with Rough Draft

| | | | |
|---|---|---|---|
| David McDowall, Ph.D. | 56.00 | Pages | 215.60 |
| Expedited Transcript Fee | | | 64.68 |
| Rough Draft Transcript | 50.00 | Pages | 75.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$447.78** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 87680 |
| Invoice Date | : | 4/20/2023 |
| **Total Due** | : | **$447.78** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 68758 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 3fe4562d78adcab770829012958647aef9abd9b5

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87680 | 4/20/2023 | 68758 |
| Job Date | Case No. | |
| 4/7/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 87680
Invoice Date  : 4/20/2023
**Total Due**    : **$447.78**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 68758
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
               Kotek, et al. (Consolidated)

Doc ID: 3fe4562d78adcab770829012958647aef9abd9b5



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87432 | 4/20/2023 | 68753 |
| Job Date | Case No. | |
| 3/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 01 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Expedited Transcript Copy with Rough Draft | | | |
|---|---|---|---|
| Roger A. Pauly | 99.00 | Pages | 381.15 |
| Expedited Transcript Fee | | | 114.35 |
| Rough Draft Transcript | 93.00 | Pages | 139.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| **TOTAL DUE  >>>** | | | **$732.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 87432 |
|---|---|
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $732.50** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 68753 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 3e1550d1c11065f972f2114385044d7c3f91a0a6

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87432 | 4/20/2023 | 68753 |

| Job Date | Case No. | |
|---|---|---|
| 3/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87432
Invoice Date  : 4/20/2023
**Total Due**   : **$732.50**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 68753
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Kotek, et al. (Consolidated)

Doc ID: 3e1550d1c11065f972f2114385044d7c3f91a0a6

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87603 | 4/20/2023 | 68757 |
| Job Date | Case No. | |
| 4/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 05 / 2023

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | | |
|---|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | | |
| Robert J. Spitzer | | 74.00 | Pages | 284.90 |
| Expedited Transcript Fee | | | | 85.47 |
| Rough Draft Transcript | | 68.00 | Pages | 102.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | | 2.00 | | 90.00 |
| Exhibit Processing | | 3.00 | | 7.50 |
| | | **TOTAL DUE  >>>** | | **$569.87** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87603 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | : **$569.87** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** |
| | **1325 Fourth Avenue** |
| | **Suite 1840** |
| | **Seattle, WA 98101** |

| | |
|---|---|
| Job No. | : 68757 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: f401d258624ccf1627c82f44e674d8e03ede2313

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87603 | 4/20/2023 | 68757 |
| **Job Date** | **Case No.** | |
| 4/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87603 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $569.87** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68757 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: f401d258624ccf1627c82f44e674d8e03ede2313



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87601 | 4/20/2023 | 68757 |

| Job Date | Case No. | |
|---|---|---|
| 4/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

*Rebecca Dodd*

05 / 05 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| James E. Yurgealitis | 87.00 | Pages | 334.95 |
| Expedited Transcript Fee | | | 100.49 |
| Rough Draft Transcript | 81.00 | Pages | 121.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 14.00 | | 35.00 |
| | **TOTAL DUE  >>>** | | **$681.94** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87601 |
| Invoice Date | : 4/20/2023 |
| **Total Due** | **: $681.94** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** |
| | **1325 Fourth Avenue** |
| | **Suite 1840** |
| | **Seattle, WA 98101** |

| | |
|---|---|
| Job No. | : 68757 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: a3b42e48094684288eb220a940099c0e8de99089

Bill of Costs - Exhibit 2

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87601 | 4/20/2023 | 68757 |

| Job Date | Case No. |
|---|---|
| 4/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87601
Invoice Date  : 4/20/2023
**Total Due**   : **$681.94**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 68757
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
                Kotek, et al. (Consolidated)

Doc ID: a3b42e48094684288eb220a940099c0e8de99089



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88157 | 5/3/2023 | 69551 |

| Job Date | Case No. |
|---|---|
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*                     05 / 10 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Expedited Original Transcript of:

| | | | |
|---|---|---|---|
| Terry L. Rowan | 123.00 | Pages | 553.50 |
| Expedited Transcript Fee | | | 178.97 |
| Attendance Fee | 4.50 | Hours | 337.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$1,119.97** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 88157 |
| Invoice Date | : 5/3/2023 |
| **Total Due** | **: $1,119.97** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69551 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 2512fe098e38362b29a7476ef9460801ccfeae8a

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88157 | 5/3/2023 | 69551 |

| Job Date | Case No. |
|---|---|
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 88157
Invoice Date  : 5/3/2023
**Total Due**     : **$1,119.97**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.   : 69551
BU ID     : MAIN
Case No.  : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name : Oregon Firearms Federation, Inc., et al. v.
            Kotek, et al. (Consolidated)

Doc ID: 2512fe098e38362b29a7476ef9460801ccfeae8a

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88083 | 5/2/2023 | 69549 |
| **Job Date** | **Case No.** | |
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 08 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Expedited Original and Rough Draft Transcript of: | | | |
| Cody M. Bowen | 119.00 | Pages | 535.50 |
| Expedited Transcript Fee | | | 160.65 |
| Attendance Fee | 3.75 | Hours | 281.25 |
| Rough Draft Transcript | 113.00 | Pages | 169.50 |
| Electronically Certified Transcript: E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 5.00 | | 12.50 |
| **TOTAL DUE  >>>** | | | **$1,249.40** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88083 |
| Invoice Date | : | 5/2/2023 |
| **Total Due** | : | **$1,249.40** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| | | |
|---|---|---|
| Job No. | : | 69549 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: c3f243345e9f4d7ca83a050705f5fd0827494234

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88083 | 5/2/2023 | 69549 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88083 |
| Invoice Date | : | 5/2/2023 |
| **Total Due** | : | **$1,249.40** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69549 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: c3f243345e9f4d7ca83a050705f5fd0827494234

# I N V O I C E

1 of 2



**BUELL** REALTIME REPORTING
1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88152 | 5/3/2023 | 69551 |
| **Job Date** | **Case No.** | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 31 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Brian Pixley | 83.00 | Pages | 373.50 |
| Expedited Transcript Fee | | | 120.77 |
| Attendance Fee | 3.00 | Hours | 225.00 |
| Rough Draft Transcript | 78.00 | Pages | 117.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 7.00 | | 17.50 |
| | **TOTAL DUE  >>>** | | **$943.77** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88152 |
| Invoice Date | : | 5/3/2023 |
| **Total Due** | : | **$781.77** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69551 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: c12fb675d3b48f269d9d371054791c11147ae5a2

# INVOICE

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88152 | 5/3/2023 | 69551 |

| Job Date | Case No. |
|---|---|
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

| | |
|---|---|
| (-) Payments/Credits: | 162.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$781.77** |

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.    : 88152
Invoice Date   : 5/3/2023
**Total Due**     : **$781.77**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 69551
BU ID       : MAIN
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

Doc ID: c12fb675d3b48f269d9d371054791c11147ae5a2

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88572 | 5/19/2023 | 70128 |

| Job Date | Case No. |
|---|---|
| 5/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

06 / 09 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Expedited Original and Rough Draft Transcript of:

| | | | |
|---|---|---|---|
| Kevin L. Campbell - Vol. II | 118.00 | Pages | 531.00 |
| Expedited Transcript Fee | | | 477.90 |
| Attendance Fee | 2.50 | Hours | 187.50 |
| Attendance Fee After Hours | 0.75 | Hours | 84.38 |
| Rough Draft Transcript | 112.00 | Pages | 168.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 8.00 | | 20.00 |
| **TOTAL DUE  >>>** | | | **$1,558.78** |

Per client's request, no sealed original provided.  If a sealed original is needed at a future date, please contact our office and we will process for you!

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.  : 88572
Invoice Date  : 5/19/2023
**Total Due**  : **$1,558.78**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.  : 70128
BU ID  : MAIN
Case No.  : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

Doc ID: 4200d0d7652a799f1c6ca78846949c5ccea08aed

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88572 | 5/19/2023 | 70128 |

| Job Date | Case No. | |
|---|---|---|
| 5/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88572 |
| Invoice Date | : 5/19/2023 |
| **Total Due** | : **$1,558.78** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 70128 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 4200d0d7652a799f1c6ca78846949c5ccea08aed



**1325 Fourth Avenue, Suite 1840**
**Seattle, Washington 98101**
**206.287.9066**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88772 | 5/26/2023 | 67070 |
| **Job Date** | **Case No.** | |
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
  Sealed Original - Massad Ayoob
    Additional Copy at Administrative Cost       142.00   Pages           49.70
    Printing Original Exhibits                   118.00                   25.00
    Delivery of Original Transcript                1.00                   20.00

                                        **TOTAL DUE  >>>**          **$94.70**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.    : 88772
Invoice Date   : 5/26/2023
**Total Due**      : **$94.70**

Remit To:  **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

Job No.     : 67070
BU ID       : MAIN
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
              Brown, et al.

Doc ID: 402e40d4f48f507ddaf3701fe9a76580a393b15c

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88788 | 5/26/2023 | 69549 |
| Job Date | Case No. | |
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 02 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Cody Bowen

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 119.00 | Pages | 41.65 |
| Printing Original Exhibits | 150.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$86.65** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88788 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $86.65** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69549 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 739320cac8b474014caa36e720d65445739ef975

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88770 | 5/26/2023 | 67072 |
| **Job Date** | **Case No.** | |
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Adam Braatz

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 82.00 | Pages | 28.70 |
| Printing Original Exhibits | 3.00 | | 1.05 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE >>>** | | **$49.75** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88770 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $49.75** |

Remit To: **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : 67072 |
| BU ID | : NATIONAL |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 0754cbf3bda7d6466502b4fc6cdc78e4779c8629

# I N V O I C E

1 of 1



**1325 Fourth Avenue, Suite 1840**
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88785 | 5/26/2023 | 68807 |
| **Job Date** | **Case No.** | |
| 3/22/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Michael Carrick

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 100.00 | Pages | 35.00 |
| Printing Original Exhibits | 159.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$80.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Anit Jindal
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88785 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | : **$80.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68807 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 9227f1de31112d6366843f90db6b5762f0936362

Bill of Costs - Exhibit 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88776 | 5/26/2023 | 67076 |
| **Job Date** | **Case No.** | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Clayton Cramer

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 173.00 | Pages | 60.55 |
| Printing Original Exhibits | 198.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$105.55** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 88776 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $105.55** |

Remit To: **BUELL REALTIME REPORTING, LLC**
         **1325 Fourth Avenue**
         **Suite 1840**
         **Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67076 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 0637e904c78fedd1af6c11ea4e3e3bdd1b31a11a

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88786 | 5/26/2023 | 68809 |
| Job Date | Case No. | |
| 4/6/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 16 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Sealed Original Transcript
    Sealed Original - Clayton Cramer - Vol. II

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 133.00 | Pages | 46.55 |
| Printing Original Exhibits | 62.00 | | 21.70 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$88.25** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.   : 88786
Invoice Date  : 5/26/2023
**Total Due**    : **$88.25**

Remit To:  **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

Job No.     : 68809
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
                 Kotek, et al. (Consolidated)

Doc ID: 485c1c5bdb563f195a536343f3347605e32f6698

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88782 | 5/26/2023 | 67078 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Matthew French

| | | |
|---|---|---|
|     Additional Copy at Administrative Cost | 63.00  Pages | 22.05 |
|     Printing Original Exhibits | 4.00 | 1.40 |
|     Delivery of Original Transcript | 1.00 | 20.00 |
| | **TOTAL DUE  >>>** | **$43.45** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 88782 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $43.45** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67078 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 733ae6b2d268697cc27e376a27a1d8c5ba17c573

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88771 | 5/26/2023 | 67066 |
| **Job Date** | **Case No.** | |
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | | |
|---|---|---|---|
| Sealed Original Transcript | | | |
| Sealed Original - Mark T. Hanish | | | |
| Additional Copy at Administrative Cost | 130.00 | Pages | 45.50 |
| Printing Original Exhibits | 1.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$90.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88771 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $90.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67066 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 36edc249aae09f1764e1cb61ac992794085b17f6

# I N V O I C E

1 of 1

**BUELL**
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88784 | 5/26/2023 | 67078 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Ashley Hlebinsky

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 152.00 | Pages | 53.20 |
| Printing Original Exhibits | 75.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$98.20** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.  : 88784
Invoice Date  : 5/26/2023
**Total Due**    : **$98.20**

Remit To:  **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

Job No.    : 67078
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
                Brown, et al.

Doc ID: ee3f84fef07d6976aa029ea335095cbfafcfc172

# I N V O I C E

1 of 1



**BUELL**
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88778 | 5/26/2023 | 67234 |

| Job Date | Case No. | |
|---|---|---|
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Gary Kleck

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 154.00 | Pages | 53.90 |
| Printing Original Exhibits | 1047.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | | **TOTAL DUE  >>>** | **$98.90** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88778 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $98.90** |

Remit To: **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : 67234 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: b445850771dafb2569c64e4d9dd8d0b41ae24265

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88787 | 5/26/2023 | 69549 |
| **Job Date** | **Case No.** | |
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 02 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Brad Lohrey

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 78.00 | Pages | 27.30 |
| Printing Original Exhibits | 7.00 | | 2.45 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$49.75** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88787 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $49.75** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69549 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 977888e4b631faaee8bfcdb87199e253cd516534

Bill of Costs - Exhibit 2

# I N V O I C E



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88777 | 5/26/2023 | 67303 |
| **Job Date** | **Case No.** | |
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 01 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Jason J. Myers

| | | |
|---|---|---|
| Additional Copy at Administrative Cost | 97.00  Pages | 33.95 |
| Printing Original Exhibits | 4.00 | 1.40 |
| Delivery of Original Transcript | 1.00 | 20.00 |
| | **TOTAL DUE  >>>** | **$55.35** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88777 |
| Invoice Date | : 5/26/2023 |
| **Total Due** | **: $55.35** |

Remit To: **BUELL REALTIME REPORTING, LLC**
    **1325 Fourth Avenue**
    **Suite 1840**
    **Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67303 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: ad7919d5a674eac483aefd2a21d8a96f34efa78a

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88789 | 5/26/2023 | 69551 |
| **Job Date** | **Case No.** | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 02 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Sealed Original Transcript
    Sealed Original - Brian Pixley

| | | | |
|---|---|---|---|
| Additional Copy at Administrative Cost | 83.00 | Pages | 29.05 |
| Printing Original Exhibits | 97.00 | | 25.00 |
| Delivery of Original Transcript | 1.00 | | 20.00 |
| | **TOTAL DUE  >>>** | | **$74.05** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.  : 88789
Invoice Date  : 5/26/2023
**Total Due**   : **$74.05**

Remit To:  **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

Job No.    : 69551
BU ID     : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name : Oregon Firearms Federation, Inc., et al. v.
             Kotek, et al. (Consolidated)

Doc ID: 3ccb23cd29ba6c0cd874abd692070ea57624e105

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88790 | 5/26/2023 | 69551 |
| **Job Date** | **Case No.** | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 02 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Sealed Original Transcript
    Sealed Original - Terry Rowan

| | | |
|---|---|---|
| Additional Copy at Administrative Cost | 123.00   Pages | 43.05 |
| Printing Original Exhibits | 15.00 | 5.25 |
| Delivery of Original Transcript | 1.00 | 20.00 |
| | **TOTAL DUE  >>>** | **$68.30** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.   : 88790
Invoice Date  : 5/26/2023
**Total Due**    : **$68.30**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 69551
BU ID       : MAIN
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
             Kotek, et al. (Consolidated)

Doc ID: af20d21b33471a75219d48a14da29b0cbf70ac95

# I N V O I C E

1 of 2



**BUELL** REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88474 | 5/31/2023 | 69484 |
| **Job Date** | **Case No.** | |
| 5/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 06 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Certified Transcript Copy with Rough Draft

|  |  |  |  |
|---|---|---|---|
| 30(b)(6) Karen Lejeune | 106.00 | Pages | 408.10 |
| Rough Draft Transcript | 100.00 | Pages | 150.00 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$653.10** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 88474 |
| Invoice Date | : 5/31/2023 |
| **Total Due** | **: $653.10** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69484 |
| BU ID | : NATIONAL |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: bb1fcba924716bea8ab549c97348edf817b63508

# INVOICE



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88474 | 5/31/2023 | 69484 |

| Job Date | Case No. | |
|---|---|---|
| 5/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$653.10** |

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88474 |
| Invoice Date | : | 5/31/2023 |
| **Total Due** | : | **$653.10** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69484 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: bb1fcba924716bea8ab549c97348edf817b63508

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88477 | 5/31/2023 | 69484 |
| **Job Date** | **Case No.** | |
| 5/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 06 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

---

Certified Transcript Copy with Rough Draft

| | | | |
|---|---|---|---|
| 30(b)(6) Wendy Landers | 43.00 | Pages | 165.55 |
| Rough Draft Transcript | 37.00 | Pages | 55.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$313.55** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.   : 88477
Invoice Date  : 5/31/2023
**Total Due**     : **$313.55**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 69484
BU ID       : NATIONAL
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
              Kotek, et al. (Consolidated)

Doc ID: ef2db999f8cab21479c5e7b5f43f35dd2194e7d1

# INVOICE

2 of 2


1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88477 | 5/31/2023 | 69484 |
| Job Date | Case No. | |
| 5/5/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$313.55** |

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88477 |
| Invoice Date | : | 5/31/2023 |
| **Total Due** | : | **$313.55** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69484 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: ef2db999f8cab21479c5e7b5f43f35dd2194e7d1

# Invoice

Jill L. Jessup, RMR, RDR, CRR, CRC
United States District Court
Official Court Reporter
PO Box 771
Camas, WA 98607

| Date | Invoice # |
|------|-----------|
| 7/10/2023 | 1848 |

| Bill To |
|---------|
| Markowitz Herbold PC<br>1455 SW Broadway<br>Suite 1900<br>Portland, OR 97201 |

| Terms |
|-------|
| Due on receipt |

| Description | Amount |
|-------------|--------|
| Date: 5-30, 6-2, 6-5 through 6-6 - Rough Drafts<br>Judge: Karin J. Immergut<br>Case: OFF, et al v. Kotek, et al.<br>Case No: 2:22-cv-01815-IM, 3:22-cv-01859-IM,<br>3:22-cv-01862-IM,<br>3:22-cv-01869-IM | 7,417.20 |
| Date: 5-30, 6-2 - Final Pretrial Transcripts | 1,498.85 |
| Date: 6-5 to 6-9 - Final Trial Transcript | 5,529.75 |

| Please indicate invoice number and make checks payable to Jill L. Jessup. Thank you! | **Total** | $14,445.80 |
|---|---|---|

Please send payment to:



# Invoice

919 SW Taylor Street 6th Floor
Portland, OR 97205

Contact Us:
(503) 244-2333 Portland
(208) 424-3355 Boise

| Date | Invoice # |
|------|-----------|
| 5/31/2023 | 37945 |

| Bill To |
|---------|
| Markowitz Herbold P.C.
1455 SW Broadway, Suite 1900
Portland, OR 97201 |

*Rebecca Dodd*

06 / 16 / 2023

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|--------------------|
| Becca D. | Net 30 | 20-2604733 | SL052023075 | D&Y | EYRE |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Blowbacks - B&W w/ Assembly (5 Sets) | 26,370 | 0.12 | 3,164.40 |
| Blowbacks - Color w/ Assembly (5 Sets)
*Discounted from $.085 Due to Volume* | 6,150 | 0.65 | 3,997.50 |
| Number Tabs | 2,085 | 0.35 | 729.75 |
| Custom Covers and Spines | 60 | 0.75 | 45.00 |
| 4" D-Ring Binders | 30 | 17.00 | 510.00 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | $8,446.65 |
|---|---|---|

Signature _____    Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85205 | 1/25/2023 | 67071 |

| Job Date | Case No. | |
|---|---|---|
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
    Massad Ayoob

| | | | |
|---|---|---|---:|
| Videographer Appearance Fee - Holiday | 4.00 | Hours | 750.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.25 | Hours | 162.50 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$982.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85205 |
| Invoice Date | : | 1/25/2023 |
| **Total Due** | : | **$982.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
    **1325 Fourth Avenue**
    **Suite 1840**
    **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67071 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Bill of Costs - Exhibit 2
Page 82 of 115

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85205 | 1/25/2023 | 67071 |
| **Job Date** | **Case No.** | |
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 85205 |
| Invoice Date | : 1/25/2023 |
| **Total Due** | : **$982.50** |

| | |
|---|---|
| Job No. | : 67071 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Bill of Costs - Exhibit 2

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85215 | 1/25/2023 | 67147 |
| **Job Date** | **Case No.** | |
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

VIDEOTAPED DEPOSITION OF
    Kevin Campbell

| | | | |
|---|---|---|---:|
| Videographer Hourly Appearance | 3.25 | Hours | 471.25 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 2.50 | Hours | 125.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$666.25** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85215 |
| Invoice Date | : | 1/25/2023 |
| **Total Due** | : | **$666.25** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67147 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: f6f59a922b71d07ac1035fb3048ca75ea3e41c3c

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85215 | 1/25/2023 | 67147 |
| **Job Date** | **Case No.** | |
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85215
Invoice Date  : 1/25/2023
**Total Due**   : **$666.25**

Remit To:  **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

Job No.    : 67147
BU ID      : VIDEO
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

Doc ID: f6f59a922b71d07ac1035fb3048ca75ea3e41c3c



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85272 | 1/25/2023 | 67077 |
| **Job Date** | **Case No.** | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Clayton Cramer

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.25 | Hours | 162.50 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$732.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 85272 |
| Invoice Date | : 1/25/2023 |
| **Total Due** | **: $732.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67077 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 929770fce8a502b17390c1885e67fbcc239b654c

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85272 | 1/25/2023 | 67077 |

| Job Date | Case No. | |
|---|---|---|
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85272
Invoice Date  : 1/25/2023
**Total Due**     : **$732.50**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.     : 67077
BU ID       : VIDEO
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
              Brown, et al.

Doc ID: 929770fce8a502b17390c1885e67fbcc239b654c

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85207 | 1/25/2023 | 67067 |
| **Job Date** | **Case No.** | |
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
　　Mark Hanish

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.00 | Hours | 150.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$720.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85207 |
| Invoice Date | : | 1/25/2023 |
| **Total Due** | : | **$720.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67067 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: de3a60eb1cac087f82a29048ab3b7aabbe27bf0d

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85207 | 1/25/2023 | 67067 |
| **Job Date** | **Case No.** | |
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85207 |
| Invoice Date | : | 1/25/2023 |
| **Total Due** | : | **$720.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67067 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: de3a60eb1cac087f82a29048ab3b7aabbe27bf0d

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85273 | 1/25/2023 | 67077 |
| **Job Date** | **Case No.** | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
    Stephen Helsley

| | | | |
|---|---|---|---:|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.00 | Hours | 150.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| **TOTAL DUE  >>>** | | | **$720.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85273 |
| Invoice Date | : | 1/25/2023 |
| **Total Due** | : | **$720.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67077 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: b6871b5d43225a63878af9880f3609dca9fad9f2

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85273 | 1/25/2023 | 67077 |
| Job Date | Case No. | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85273
Invoice Date   : 1/25/2023
**Total Due**     : **$720.00**

Remit To:  **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

Job No.     : 67077
BU ID       : VIDEO
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
              Brown, et al.

Doc ID: b6871b5d43225a63878af9880f3609dca9fad9f2

**Veritext - PNW - A Veritext Company**
Tel. 503-228-7201 Email: Calendar-pnw@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Trainne | | |
|---|---|---|---|
| | Markowitz Herbold PC | **Invoice #:** | **6328169** |
| | 1455 SW Broadway Avenue | **Invoice Date:** | **1/30/2023** |
| | Suite 1900 | **Balance Due:** | **$768.88** |
| | Portland, OR, 97201 | | |

| Case: Oregon Firearms Federation v. Brown, Kate, Et Al. () | Proceeding Type: Depositions |
|---|---|

Job #: 5669823   |   Job Date: 1/17/2023   |   Delivery: Normal

| Location: | Lake Oswego, OR |
|---|---|
| Billing Atty: | Hannah Hoffman |
| Scheduling Atty: | Hannah Hoffman | Markowitz Herbold PC |

| Witness: Adam Braatz | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 2.00 | $40.00 | $80.00 |
| Video - Media and Cloud Services | 2.00 | $15.00 | $30.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $220.00 | $220.00 |
| Video - Additional Hours | 2.50 | $110.00 | $275.00 |
| In Person Coverage Fee | 1.00 | $100.00 | $100.00 |
| Equipment Rental | 1.00 | $75.00 | $75.00 |
| FedEx of Video from Videographer to Office | 1.00 | $95.00 | $95.00 |

| Notes: | Revised invoice to credit laptop fee & Fedex Fee. 3/6/2023 | **Invoice Total:** | **$925.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **($170.00)** |
| | | **Interest:** | **$13.88** |
| | | **Balance Due:** | **$768.88** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 36 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** 6328169 |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date:** 1/30/2023 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:** $768.88 |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

B420230307

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85525 | 2/5/2023 | 67079 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

VIDEOTAPED DEPOSITION OF
 Ashley Hlebinsky

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.25 | Hours | 162.50 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| **TOTAL DUE  >>>** | | | **$732.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85525 |
| Invoice Date | : | 2/5/2023 |
| **Total Due** | : | **$732.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
   **1325 Fourth Avenue**
   **Suite 1840**
   **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67079 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Bill of Costs - Exhibit 2

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85525 | 2/5/2023 | 67079 |

| Job Date | Case No. |
|---|---|
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 85525 |
| Invoice Date | : 2/5/2023 |
| **Total Due** | : **$732.50** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67079 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Bill of Costs - Exhibit 2

# INVOICE

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85524 | 2/5/2023 | 67079 |
| **Job Date** | **Case No.** | |
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Matthew French

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 1.00 | | 15.00 |
| Digital Video File | 1.25 | Hours | 100.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$655.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85524 |
| Invoice Date | : | 2/5/2023 |
| **Total Due** | : | **$655.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67079 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 73515e14fe6faa22a298988561acf3d52b78b44e

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85524 | 2/5/2023 | 67079 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85524
Invoice Date  : 2/5/2023
**Total Due**     : **$655.00**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67079
BU ID        : VIDEO
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
               Brown, et al.

Doc ID: 73515e14fe6faa22a298988561acf3d52b78b44e

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85621 | 2/5/2023 | 67304 |
| **Job Date** | **Case No.** | |
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
    Jason Myers

| | | | | |
|---|---|---|---|---|
| Videographer Hourly Appearance | 3.00 | Hours | | 375.00 |
| Original Digital Stock | 2.00 | | | 30.00 |
| **TOTAL DUE  >>>** | | | | **$405.00** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 85621
Invoice Date  : 2/5/2023
**Total Due**     : **$405.00**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67304
BU ID        : VIDEO
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
                Brown, et al.

Doc ID: b2748e500d9fdf23f0a9599821fb22864384f555

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85621 | 2/5/2023 | 67304 |
| **Job Date** | **Case No.** | |
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

VIDEOTAPED DEPOSITION OF
    Jason Myers
        Videographer Hourly Appearance      3.00   Hours      375.00
        Original Digital Stock      2.00      30.00

**TOTAL DUE  >>>**      **$405.00**

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85621 |
| Invoice Date | : | 2/5/2023 |
| **Total Due** | : | **$405.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
             **1325 Fourth Avenue**
             **Suite 1840**
             **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67304 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: b2748e500d9fdf23f0a9599821fb22864384f555

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87146 | 4/2/2023 | 68808 |
| **Job Date** | **Case No.** | |
| 3/22/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

04 / 12 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Michael Carrick

| | | | | |
|---|---|---|---|---|
| Videographer Hourly Appearance | 3.00 | Hours | | 375.00 |
| Original Digital Stock | 2.00 | | | 30.00 |
| Digital Video File | 2.25 | Hours | | 112.50 |
| Digital Rendering | 1.00 | Disks | | 25.00 |
| Delivery of Video File | 1.00 | | | 15.00 |
| | | **TOTAL DUE   >>>** | | **$557.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 87146 |
| Invoice Date | : | 4/2/2023 |
| **Total Due** | : | **$557.50** |

| | | |
|---|---|---|
| Job No. | : | 68808 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Remit To: **BUELL REALTIME REPORTING, LLC**
        **1325 Fourth Avenue**
        **Suite 1840**
        **Seattle, WA 98101**

Doc ID: d37b380812b51324ffcce011ddeb1b8b8d44540d

# INVOICE

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87146 | 4/2/2023 | 68808 |

| Job Date | Case No. | |
|---|---|---|
| 3/22/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 87146
Invoice Date  : 4/2/2023
**Total Due**    : **$557.50**

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 68808
BU ID      : VIDEO
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
              Kotek, et al. (Consolidated)

Doc ID: d37b380812b51324ffcce011ddeb1b8b8d44540d

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87543 | 4/10/2023 | 68812 |

| Job Date | Case No. | |
|---|---|---|
| 4/6/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

*Rebecca Dodd*

04 / 17 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Clayton Cramer - Vol. II

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.00 | Hours | 500.00 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.00 | Hours | 150.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| | | **TOTAL DUE   >>>** | **$720.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 87543 | |
| Invoice Date | : 4/10/2023 | |
| **Total Due** | **: $720.00** | |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 68812 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 9648992e750f8f21f7ef44f941b16f9bf740d312

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87543 | 4/10/2023 | 68812 |
| **Job Date** | **Case No.** | |
| 4/6/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 87543
Invoice Date   : 4/10/2023
**Total Due**      : **$720.00**

Remit To:  **BUELL REALTIME REPORTING, LLC**
　　　　　**1325 Fourth Avenue**
　　　　　**Suite 1840**
　　　　　**Seattle, WA 98101**

Job No.      : 68812
BU ID        : VIDEO
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
　　　　　　　　Kotek, et al. (Consolidated)

Doc ID: 9648992e750f8f21f7ef44f941b16f9bf740d312

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88129 | 5/2/2023 | 69550 |
| **Job Date** | **Case No.** | |
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

VIDEOTAPED DEPOSITION OF
  Cody Bowen
    Videographer Hourly Appearance          3.25  Hours          406.25
    Original Digital Stock                   2.00                  30.00
                                        **TOTAL DUE  >>>**       **$436.25**

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!


Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.   : 88129
Invoice Date  : 5/2/2023
**Total Due**     : **$436.25**

Remit To:  **BUELL REALTIME REPORTING, LLC**
           **1325 Fourth Avenue**
           **Suite 1840**
           **Seattle, WA 98101**

Job No.    : 69550
BU ID      : VIDEO
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

Doc ID: dbf01420e24bc8565391126197a1b98ea8d47672

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88130 | 5/2/2023 | 69550 |
| Job Date | Case No. | |
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
Brad Lohrey

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 2.75 | Hours | 343.75 |
| Original Digital Stock | 1.00 | | 15.00 |
| **TOTAL DUE >>>** | | | **$358.75** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88130 |
| Invoice Date | : | 5/2/2023 |
| **Total Due** | : | **$358.75** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69550 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: e442e8fe0c05c49ed0cb1a5ffe3c3a2ccd751b28

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88126 | 5/2/2023 | 69552 |
| **Job Date** | **Case No.** | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Brian Pixley

| | | | |
|---|---|---|---|
|     Videographer Hourly Appearance | 3.00 | Hours | 375.00 |
|     Original Digital Stock | 1.00 | | 15.00 |
| | **TOTAL DUE  >>>** | | **$390.00** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | |
|---|---|
| Invoice No. | : 88126 |
| Invoice Date | : 5/2/2023 |
| **Total Due** | **: $390.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
          **1325 Fourth Avenue**
          **Suite 1840**
          **Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69552 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 6d9160f57b120d8d4d3d2869c0aaa22ea4b2f35d

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88127 | 5/2/2023 | 69552 |
| Job Date | Case No. | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
    Terry Rowan

|  |  |  |  |
|---|---|---|---|
| Videographer Hourly Appearance | 4.50 | Hours | 562.50 |
| Original Digital Stock | 2.00 | | 30.00 |
| **TOTAL DUE   >>>** | | | **$592.50** |

The video was not ordered at the time of the deposition.  Please note, our standard video production turnaround time is 5-7 business days, unless ordered on an expedited basis.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Erin Dawson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 88127 |
|---|---|
| Invoice Date | : 5/2/2023 |
| **Total Due** | : **$592.50** |

| | |
|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** |
| | **1325 Fourth Avenue** |
| | **Suite 1840** |
| | **Seattle, WA 98101** |

| | |
|---|---|
| Job No. | : 69552 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: c4ec79e8ae6b579e4901794e683ec4717e27edab

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88222 | 5/4/2023 | 69550 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEO PRODUCTION OF
  Cody Bowen

| | | | |
|---|---|---|---|
| Digital Video File | 2.25 | Hours | 112.50 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |

**TOTAL DUE  >>>**  **$152.50**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 88222 |
|---|---|
| Invoice Date | : 5/4/2023 |
| **Total Due** | **: $152.50** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 69550 |
|---|---|
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: dbf01420e24bc8565391126197a1b98ea8d47672

Bill of Costs - Exhibit 2

Page 107 of 115



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88223 | 5/4/2023 | 69550 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | | | |
|---|---|---|---|---|
| VIDEO PRODUCTION OF | | | | |
| Brad Lohrey | | | | |
| Digital Video File | 1.75 | Hours | | 100.00 |
| Digital Rendering | 1.00 | Disks | | 25.00 |
| Delivery of Video File | 1.00 | | | 15.00 |
| | **TOTAL DUE  >>>** | | | **$140.00** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : 88223 |
| Invoice Date | : 5/4/2023 |
| **Total Due** | : **$140.00** |

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 69550 |
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: e442e8fe0c05c49ed0cb1a5ffe3c3a2ccd751b28

Bill of Costs - Exhibit 2
Page 108 of 115

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88224 | 5/4/2023 | 69552 |
| **Job Date** | **Case No.** | |
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEO PRODUCTION OF
    Brian Pixley

| | | | |
|---|---|---|---|
|     Digital Video File | 1.75 | Hours | 100.00 |
|     Digital Rendering | 1.00 | Disks | 25.00 |
|     Delivery of Video File | 1.00 | | 15.00 |

**TOTAL DUE  >>>**                    **$140.00**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88224 |
| Invoice Date | : | 5/4/2023 |
| **Total Due** | : | **$140.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69552 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: 6d9160f57b120d8d4d3d2869c0aaa22ea4b2f35d

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88225 | 5/4/2023 | 69552 |

| Job Date | Case No. | |
|---|---|---|
| 4/26/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

*Rebecca Dodd*

05 / 09 / 2023

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

---

VIDEO PRODUCTION OF
    Terry Rowan

| | | | |
|---|---|---|---|
| Digital Video File | 3.00 | Hours | 150.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |

**TOTAL DUE  >>>**  **$190.00**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Joanna Stalheim
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 88225 |
| Invoice Date | : | 5/4/2023 |
| **Total Due** | : | **$190.00** |

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 69552 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

Doc ID: c4ec79e8ae6b579e4901794e683ec4717e27edab

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85534 | 2/5/2023 | 67235 |
| Job Date | Case No. | |
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

02 / 13 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
   Gary Kleck

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 4.75 | Hours | 593.75 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 3.50 | Hours | 175.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |

TOTAL DUE  >>>    **$838.75**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| | | |
|---|---|---|
| Invoice No. | : | 85534 |
| Invoice Date | : | 2/5/2023 |
| **Total Due** | : | **$838.75** |

Remit To: **BUELL REALTIME REPORTING, LLC**
        **1325 Fourth Avenue**
        **Suite 1840**
        **Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 67235 |
| BU ID | : | VIDEO |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 8432049874e261f0cab29c79be37f28cc6151438

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85534 | 2/5/2023 | 67235 |

| Job Date | Case No. | |
|---|---|---|
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name | | |
|---|---|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

Invoice No.    : 85534
Invoice Date   : 2/5/2023
**Total Due**      : **$838.75**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67235
BU ID      : VIDEO
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

Doc ID: 8432049874e261f0cab29c79be37f28cc6151438

# INVOICE

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88400 | 5/11/2023 | 67304 |
| Job Date | Case No. | |
| 2/1/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

*Rebecca Dodd*

05 / 17 / 2023

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

VIDEO PRODUCTION OF
    Jason Myers

| | | | | |
|---|---|---|---|---|
| Digital Video File | 2.25 | Hours | | 112.50 |
| Digital Rendering | 1.00 | Disks | | 25.00 |
| Delivery of Video File | 1.00 | | | 15.00 |
| | **TOTAL DUE  >>>** | | | **$152.50** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Harry Wilson
Markowitz Herbold, PC
1455 Southwest Broadway Ave., Suite 1900
Portland, OR 97201

| Invoice No. | : 88400 |
|---|---|
| Invoice Date | : 5/11/2023 |
| **Total Due** | : **$152.50** |

| | | |
|---|---|---|
| Remit To: | **BUELL REALTIME REPORTING, LLC** | |
| | **1325 Fourth Avenue** | |
| | **Suite 1840** | |
| | **Seattle, WA 98101** | |

| Job No. | : 67304 |
|---|---|
| BU ID | : VIDEO |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

Doc ID: 56c9e17c61d0ec7dbfd3b43fb57eb09061e9ba53

Bill of Costs - Exhibit 2

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88900 | 5/31/2023 | 70129 |
| **Job Date** | **Case No.** | |
| 5/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*Rebecca Dodd*

06 / 09 / 2023

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

VIDEOTAPED DEPOSITION OF
    Kevin Campbell - Vol. II

| | | | |
|---|---|---|---|
| Videographer Hourly Appearance | 2.50 | Hours | 312.50 |
| Videographer Hourly Appearance - After Hours | 0.75 | Hours | 140.63 |
| Original Digital Stock | 2.00 | | 30.00 |
| Digital Video File | 2.50 | Hours | 125.00 |
| Digital Rendering | 1.00 | Disks | 25.00 |
| Delivery of Video File | 1.00 | | 15.00 |
| **TOTAL DUE  >>>** | | | **$648.13** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.    : 88900
Invoice Date   : 5/31/2023
**Total Due**      : **$648.13**

Remit To:  **BUELL REALTIME REPORTING, LLC**
         **1325 Fourth Avenue**
         **Suite 1840**
         **Seattle, WA 98101**

Job No.     : 70129
BU ID       : VIDEO
Case No.    : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name   : Oregon Firearms Federation, Inc., et al. v.
              Kotek, et al. (Consolidated)

Doc ID: e2fe0d6b539ae9b47f464667a7a857946454a61a

# I N V O I C E

2 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88900 | 5/31/2023 | 70129 |
| **Job Date** | **Case No.** | |
| 5/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| **Case Name** | | |
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Hannah Hoffman
Markowitz Herbold, PC
1455 Southwest Broadway Avenue
Suite 1900
Portland, OR 97201

Invoice No.  : 88900
Invoice Date : 5/31/2023
**Total Due**    : **$648.13**

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 70129
BU ID      : VIDEO
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Kotek, et al. (Consolidated)

Doc ID: e2fe0d6b539ae9b47f464667a7a857946454a61a